1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

Plaintiff in Pro Se.

```
┌─────────────────────────────────────┐
│              FILED                   │
│                                      │
│   CLERK, U.S. DISTRICT COURT         │
│   ┌──────────────────┐               │
│   │   02/20/2025     │               │
│   └──────────────────┘               │
│   CENTRAL DISTRICT OF CALIFORNIA     │
│   BY_____DVE_____DEPUTY            │
│   DOCUMENT SUBMITTED THROUGH THE     │
│   ELECTRONIC DOCUMENT SUBMISSION SYSTEM │
└─────────────────────────────────────┘
```

IFP Submitted

# UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA.

CYNTHIA SABRINA CHIDESTER,

     Plaintiff,

     v.

CITY OF HUNTINGTON BEACH, a chartered city, COUNTY OF ORANGE, a chartered county, TODD SPITZER, as District Attorney, JEFF THOMPSON, and DOES 1-10, inclusive,

     Defendants.

Case No.: 8:25-cv-00343-VBF-(KES)

VERIFIED COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS (42 U. S. C., §1983), INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, VIOLATIONS OF CIVIL CODE §§51.7, 52.1, AND 54.1.

(DEMAND FOR JURY TRIAL.)

Plaintiffs allege:

1. Defendant City of Huntington Beach ("City"), is a duly voter-approved chartered city, with it's Charter filed in the Offices of the Secretary of State, doing business in the County of Orange, State of California.

2. Defendant County of Orange ("County"), is a duly voter-approved chartered county, with it's Charter filed in the Offices of the Secretary of State, doing business in the County of Orange, State of California.

///

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 1

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

3. Defendant Todd Spitzer, is the duly elected District Attorney of the County, with his offices in the County of Orange, State of California. This Defendant is only being sued for not disclosing evidence under *Brady v, Maryland,* 373 U.S. 83 (1963), and only for that basis.

4. Defendant Jeff Thompson, is an individual, who also was a resident of the the City; however, he is currently incarcerated.

5. Plaintiff is informed and believes and based thereon alleges herein below Causes of Action for violation of 42 United States Code, §1983; intentional infliction of emotional distress; violations of Civil Code §51.7; violations of Civil Code §52.1; and violations of Civil Code §54.1.

6. Plaintiff Cynthia Sabrina Chidester, was, and at all times herein mentioned is an individual, with his present principal place of residence located in the County of Orange, State of California.

7. The wrongs alleged herein are in the County of Orange, State of California. Venue of this action is properly brought before this Court.

8. Plaintiff is ignorant of the true names and capacities of Defendants sued in this Complaint as Does 1-10, inclusive, and therefore, Plaintiff sues these Defendants by these fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believe and allege on this information and belief that each of the fictitiously named Defendants is negligently responsible in some manner for the occurrences alleged in this Complaint, and that Plaintiff's injuries as alleged in this Complaint were proximately caused by that negligence.

///

///

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

9. At all times mentioned in this Complaint each of said Defendants was the agent and employee of each of the remaining said Defendants, and in doing the things alleged in this Complaint, was acting within the course and scope of this agency and employment.

# I.    FIRST CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATIONS OF 42 U.S.C., §1983.

10. At all times hereinafter mentioned, each and all of the acts of the Defendants alleged herein were done by the Defendants under the color and pretense of the statutes, regulations, customs and usages of the State and under the authority of their offices as heretofore alleged herein.

11. Plaintiff, who is White, female, and over 65, was deprived of an interest protected by the Constitution and/or laws of the United States of America, and each and every Defendant caused, by commission or omission, such deprivation while acting under color of law.

12. All acts and/or omissions perpetrated by each Defendant were engaged in maliciously, callously, oppressively, wantonly, recklessly, with deliberate indifference to the rights already violated, despicably,  with evil motive and/or intent, in disregard of the rights of the Plaintiff.

13. Defendants C i t y ,  a n d  County and any Defendant in his/her official and/or individual capacity knowingly, or grossly negligently, or with deliberate indifference  to the rights allegedly violated, conspired to cause to come into being, maintained, fostered, condoned, approved of, either before the fact or after the fact, ratified, took no action to correct, an official policy, practice, procedure, or custom of permitting the occurrence of the categories of wrongs set forth in this pleading. and/or    improperly, inadequately,  with  deliberate indifference     to the constitutional or other federal rights of persons, grossly

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 3

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

negligently, with reckless disregard to constitutional or other federal rights, conspired to violate civil rights, so that each one of them is legally responsible for all of the injuries and/or damages sustained by the Plaintiff pursuant to the principles set forth in *Monell v. New York City Dept. of Social Services* and its progeny. Furthermore, the actions of Defendants City, and County, each follow a policy of "no policy" in protecting the rights of persons, and that the individual Defendants have demonstrated a lack of training and guidance in the protecting of the constitutional and civil rights regarding the protection of the people, and their life and safety. Furthermore, there was sufficient personal involvement could include culpable action or inaction in the training, supervision, or control of subordinates, acquiescence in the constitutional deprivations of which this Action is made, and/or conduct that showed a reckless or callous indifference to the rights of others. It is also further alleged that between 2020, and October 2, 2-24, that Defendant Spitzer and DOE subordinates failed to supervise other Defendants and other DOES that assisted them in prosecuting Plaintiff and failed to protect Plaintiffs constitutional rights as alleged below.

14. Furthermore, at all times herein mentioned, Defendants, and each of them, were employees acting under the City's and County's direction and control, who knowingly and intentionally promulgated, maintained, applied, enforced an suffered the continuation of policies, customs, practices and usages in violation of the First, Fourth, Fifth, Eighth, and Fourteenth Amendments respectively to the United States Constitution, which customs, policies, practices and usages at all times herein mentioned required and encouraged the employment, deployment and retention of persons as peace officers and attorneys who have demonstrated their brutality, dishonesty, bigotry, and

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 4

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

numerous other serious abuses of their powers as peace officers and attorneys in the employment of the City, and the County.

15. Defendant County knowingly maintains and permits official *sub-rosa* policies or customs of permitting the occurrence of the kinds of wrongs set forth above by deliberate indifference to widespread police abuses, failing and refusing to impartially investigate, discipline or prosecute peace officers who commit acts of felonious dishonesty and crimes of violence, each ratified and approved by the County, and Spitzer.

16. Furthermore, Defendants City, County and Spitzer had promulgated policies and customs that further harmed Plaintiff, including, but not limited to, 1) investigating all facts pertaining to the alleged crime, 2) not reading *Miranda* rights prior to interrogating Plaintiff, and 3) not properly preserving the evidence.

17. Furthermore, Defendants County and Spitzer had promulgated policies and customs that further harmed Plaintiff, including, but not limited to, 1) not preserving and disclosing the *Brady* evidence at the earliest opportunity, 2) not proving beyond a reasonable doubt that a defendant is guilty of a crime in hopes that the District Attorney's Office would secure a deal with the Public Defender's Office instead, and 3) instead of proving beyond a reasonable doubt that a defendant is guilty of a crime or securing a deal, that the District Attorney's Office would simply inflame a Jury by using "fear" in hopes of securing a conviction without proof beyond a reasonable doubt.

18. The arresting DOE officers of Defendant City, starting on May 13, 2020, didn't do a thorough investigation. They took the word of a woman hater, Defendant Thompson, who viciously abused his dog. The dog was a victim of a vicious owner, Defendant Thompson, who used an electric collar on the dog's neck.

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

Defendant Thompson hated Plaintiff because she was a woman. He called Plaintiff a "c---". He thought he could get rich off of Plaintiff by claiming a fake drug rehab center, Smart R, Inc., and sought fake "restitution". Defendant Thompson started his fake drug rehab center, because he was convicted and required by the Superior Court to do rehabilitation, but falsified that he did actual rehabilitation, which was a violation of his probation. Defendant Thompson should had been arrested for animal cruelty. Defendant Thompson's rap sheet also had 26 felony convictions, including DUI's, assault, forgery, stalking, neglect, etc.

19. Plaintiff should not have been arrested and falsely prosecuted. Defendant Spitzer, and his DOE Deputies knew Plaintiff was innocent of "Felony Grand Theft Dog", refused to turn over evidence that Plaintiff was innocent, and deliberately delayed, and stalled on my case for four fricking years till Plaintiff forced her Public Defender to move to dismiss Plaintiff's case. The Case, *People v. Chidester,* Orange County Superior Court Case No. 20WM08384, was dismissed on October 2, 2024, and the false charge of "Felony Grand Theft Dog" was stricken. Plaintiff was helping the ***ABUSED*** dog.

20. Plaintiff suffered loss for freedom, she was fired from her employment at the dog beach, lost many hours of work and other employment, lost real estate business, defamation and humiliation by the fake-a-- "victim", etc. Plaintiff suffered plenty of emotional distress. Plaintiff also paid over $100,000 in unnecessary legal and other expenses.

21. By reason of Defendants' conduct, Plaintiff was deprived of rights, privileges, and immunities secured to her by the Constitution of the United States and the Constitution and laws of the State of California in that Plaintiff was deprived of her liberty and her freedom from personal harm. Defendants' conduct violates

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 6

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

the Fourth and Fifth Amendments, and the due process and equal protection clauses of the Fourteenth Amendment of the United States Constitution, and Article I, §14 of the California Constitution, and deprives said Plaintiffs of rights under color of State law.

22. On or about October 25, 2024, Plaintiff filed a Claim with Defendant City, which a Claim is attached as Exhibit "A", and incorporated herein by reference.

23. On October 28, 2024, Defendant City rejected the Claim presented to them.

24. Also, on or about October 28, 2024, Plaintiff filed a Claim with Defendant County, which a Claim is attached as Exhibit "B", and incorporated herein by reference.

25. On November 5, 2024, Defendant County rejected the Claim presented to them.

26. As a direct and proximate result of the wrongful acts of Defendants, Plaintiff was damaged in an amount of $5,000,000. Plaintiff has been almost totally deprived of her liberty and their freedom from personal harm, and has and will have suffered humiliation, anxiety, and emotional and physical distress as well as possible future personal injuries that will continue on into the future, unless this Court intervenes.

27. Said Plaintiffs further seeks compensatory damages for the humiliation, anxiety, physical distress and injuries that Plaintiff has suffered as a direct result of Defendants' wrongful acts as described herein, plus attorney's fees and costs.

28. The above recited acts of the individual Defendants in conspiring to deprive Plaintiff of her constitutionally protected rights were done with evil motive or intent, or with reckless or callous indifference to said Plaintiff's rights. Plaintiff therefore seeks punitive, exemplary, and constitutional damages in an amount according to proof against the Defendants.

///

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 7

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

29. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## II.    SECOND CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

30. Plaintiff incorporates by this reference Paragraphs 1 through 29 of the Complaint as though they were set forth in full herein.

31. Defendants' unlawful actions working in concert to violate Plaintiff's rights were knowing, intentional and willful and done with reckless disregard of the probability of causing Plaintiff emotional distress. Plaintiff was extensively helping Defendant Thompson's abused dog.

32. As stated in the earlier Causes of Action, Plaintiff was maliciously prosecuted based on the misogyny of a drunk Defendant Thompson. Defendants' prosecution of Plaintiff were extreme and outrageous and they know it.

33. On or about October 25, 2024, Plaintiff filed a Claim with Defendant City, which a Claim is attached as Exhibit "A", and incorporated herein by reference.

34. On October 28, 2024, Defendant City rejected the Claim presented to them.

35. Also, on or about October 28, 2024, Plaintiff filed a Claim with Defendant County, which a Claim is attached as Exhibit "B", and incorporated herein by reference.

36. On November 5, 2024, Defendant County rejected the Claim presented to them.

///

///

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 8

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

37. As approximate result of Defendants' unlawful conduct, as alleged in this Complaint, Plaintiff suffered and will continue to suffer extreme and mental anguish emotional distress, all to Plaintiff's general damages in a sum subject to proof, but at least $5,000,000.

38. As a further proximate result of Defendants' conduct and Plaintiff's extreme emotional distress, as alleged in this Complaint, Plaintiffs incurred and will continue to incur related expenses, all to Plaintiff's further damages subject to proof.

39. The fraudulent and illegal actions of Defendants were malicious and oppressive, in that it was conduct carried on by Defendants in willful and conscious disregard of Plaintiff's rights and subjected Plaintiff to cruel and unjust hardship. Plaintiff is therefore entitled to recover punitive damages.

40. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## III. THIRD CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATION OF CIVIL CODE §51.7.

41. Plaintiffs incorporate by this reference Paragraphs 1 through 40 of the Complaint as though they were set forth in full herein.

42. At all times relevant hereto, California Civil Code §51, *et seq.,* was in full force an effect and binding upon defendants, its agents, representatives and employees as alleged herein. Section 51.7 thereof seeks to protect individuals from violence which is based on suspect, arbitrary classifications, including race, national origin, age, and disability, or which is based upon a person's perception

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 9

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

that an individual has one or more of those characteristics. The intent of Section 51.7 is to protect all rights.

43. Since at least May 13, 2020, Plaintiff is White, a Senior Citizen, disabled. Plaintiff is informed and believes and thereon allege that Defendants, their employees, agents and representatives knew or should have known that Plaintiff was exercising her rights.

44. Plaintiff is further informed and believe and thereon allege that the actions of Defendants, their agents, employees, agents and representatives were directly related to his status in exercising her rights, in that Defendants, and each of them, intended to deprive Plaintiff of the full and equal rights in violation of law.

45. Such conduct in falsely prosecuting Plaintiff has denied and will continue to deny Plaintiff equal protection and the civil rights guaranteed by Civil Code §51.7.

46. On or about October 25, 2024, Plaintiff filed a Claim with Defendant City, which a Claim is attached as Exhibit "A", and incorporated herein by reference.

47. On October 28, 2024, Defendant City rejected the Claim presented to them.

48. Also, on or about October 28, 2024, Plaintiff filed a Claim with Defendant County, which a Claim is attached as Exhibit "B", and incorporated herein by reference.

49. On November 5, 2024, Defendant County rejected the Claim presented to them.

50. As the direct and proximate result of the actions of Defendants, their agents, employees, agents, and representatives, Plaintiff has been caused to suffer severe and lasting physical and psychological injuries, medical expenses, loss of income, and the expense of hiring counsel and prosecuting this action, all at least $5,000,000.

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

51. Civil Code §52(b) sets forth the penalty to be imposed against individuals who engage in conduct against persons based on suspect, arbitrary classifications, including race, or who perpetrate in such violence based upon a perception that the individual possesses said characteristics as being actual damages suffered, plus an award of exemplary damages, a civil penalty of $25,000, plus attorney's fees.

52. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## IV. FOURTH CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATION OF CIVIL CODE §52.1.

53. Plaintiff incorporates by this reference Paragraphs 1 through 52 of the Complaint as though they were set forth in full herein.

54. At all times relevant hereto, California Civil Code §51, *et seq.,* was in full force an effect and binding upon defendants, its agents, representatives and employees as alleged herein. Section 52.1 thereof seeks to protect individuals from violence and to protect them in exercising their civil rights. The intent of Section 52.1 is to protect all rights.

55. Since at least May 13, 2020, Plaintiff is White, a Senior Citizen, and disabled. Plaintiff is informed and believes and thereon allege that Defendants, their employees, agents and representatives knew that Plaintiff was exercising her rights, especially when the false charge of "Felony Grand Theft dog" was wholly baseless and frivolous.

///

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 11

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

56. Plaintiff i s further informed and believe and thereon allege that the actions of Defendants, their agents, employees, agents and representatives were directly related to his status i n exercising her rights in that Defendants, and each of them, intended to deprive Plaintiff of the full and equal rights in violation of law.

57. Such conduct has denied and will continue to deny Plaintiff equal protection and the civil rights guaranteed by Civil Code §52.1.

58. On or about October 25, 2024, Plaintiff filed a Claim with Defendant City, which a Claim is attached as Exhibit "A", and incorporated herein by reference.

59. On October 28, 2024, Defendant City rejected the Claim presented to them.

60. Also, on or about October 28, 2024, Plaintiff filed a Claim with Defendant County, which a Claim is attached as Exhibit "B", and incorporated herein by reference.

61. On November 5, 2024, Defendant County rejected the Claim presented to them.

62. As the direct and proximate result of the actions of Defendants, their agents, employees, agents, and representatives, Plaintiff has been caused to suffer severe and lasting physical and psychological injuries, medical expenses, loss of income, and the expense of hiring counsel and prosecuting this action, all at least $5,000,000.

63. Civil Code §52(b) sets forth the penalty to be imposed against individuals who engage in conduct against persons based on suspect, arbitrary classifications, including race, or who perpetrate in such violence based upon a perception that the individual possesses said characteristics as being actual damages suffered, plus an award of exemplary damages, a civil penalty of $25,000, plus attorney's fees.

///

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

64. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

## V. FIFTH CAUSE OF ACTION BROUGHT BY PLAINTIFF AGAINST ALL DEFENDANTS FOR VIOLATIONS OF CIVIL CODE §54.1.

65. Plaintiff incorporates by this reference Paragraphs 1 through 64 of the Complaint as though they were set forth in full herein.

66. At all times relevant hereto, California Civil Code §54.1, also known as the Disabled Persons Act, was in full force and effect and binding upon Defendants, its agents, representatives and employees as alleged herein. Section 54.1 thereof seeks to protect individuals with disabilities or medical conditions who have the same right as the general public to the full and free use of the streets, highways, sidewalks, walkways, public buildings, medical facilities, including hospitals, clinics, and physicians' offices, public facilities, and other public places.

67. Plaintiff also asserts that the actions of the Defendants as stated in the previous Causes of Action are also in violation of the Americans with Disabilities Act as further stated in Civil Code 54.1(d) as it pertains to Plaintiff's rights as to them as a disabled person and a person with the medical conditions pleaded above, which throughout Plaintiff considered this elder abuse. She is 67 years old that is elderly. This misconduct has continued to the present day.

68. Since May 13, 2020, and continuing to the present day, Plaintiff as a disabled person, is informed and believe and thereon allege that Defendants, their employees, agents and representatives knew that Plaintiff is disabled, and thereby, could not properly defend herself.

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 13

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

69. Plaintiff has suffered acts of discrimination as stated in the previous Causes of Action, which each act is a violation of Civil Code §54.1.

70. Plaintiff is further informed and believes and thereon alleges that the actions of Defendants, their agents, employees, agents and representatives were directly related to them being disabled in that Defendants, and each of them, intended to deprive Plaintiff of the full and equal rights in violation of law.

71. Such conduct has denied and will continue to deny Plaintiff equal protection and the civil rights guaranteed by the Disabled Persons Act.

72. As the direct and proximate result of the actions of Defendants, their agents, employees, agents, and representatives, Plaintiff have been caused to suffer severe and lasting physical and psychological injuries, medical expenses, and the expense of hiring counsel and prosecuting this action.

73. Civil Code §54.3(a) sets forth the penalty to be imposed against individuals who engage in discrimination against persons based on suspect, arbitrary classifications, including race, or who perpetrate in such discrimination based upon a perception that the individual possesses said characteristics as being trebled the actual damages suffered, but no less than $1,000, plus an award of exemplary damages, plus attorney's fees.

74. On or about October 25, 2024, Plaintiff filed a Claim with Defendant City, which a Claim is attached as Exhibit "A", and incorporated herein by reference.

75. On October 28, 2024, Defendant City rejected the Claim presented to them.

76. Also, on or about October 28, 2024, Plaintiff filed a Claim with Defendant County, which a Claim is attached as Exhibit "B", and incorporated herein by reference.

77. On November 5, 2024, Defendant County rejected the Claim presented to them.

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 14

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

78. The above-described conduct of Defendants and each of them was willful and was intended to cause injury to Plaintiff, a senior citizen. Under Civil Code §3345, Plaintiff is entitled to treble damages for the unfair and deceptive practices of Defendants which caused injury.

WHEREFORE, Plaintiff prays for:

1. For general damages in an amount according to proof, but at least $5,000,000;

2. For special damages in an amount according to proof;

3. For punitive damages in an amount according to proof;

4. For treble damages in an amount according to proof;

5. For interest as allowed by law;

6. For injunctive relief;

7. For reasonable attorney's fees incurred by Plaintiff, inter alia, under 42 United States Code §1988, Civil Code §52(b), Code of Civil Procedure §1021.5, and other applicable law;

8. That Plaintiff be awarded her costs of suit herein; and

9. For such other and further relief as the court may deem just and proper.

Dated this 20th day of January, 2025

By *Cynthia Sabrina Chidester*
CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779
Plaintiff in Pro Se.

///

///

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 15

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

## DEMAND FOR JURY TRIAL.

Plaintiff hereby demands a Jury Trial pursuant to the Seventh Amendment of the United States Constitution and Federal Rule of Civil Procedure 38.

Dated this 20th day of January, 2025

By *Cynthia Sabrina Chidester*
CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779
Plaintiff in Pro Se.

## VERIFICATION.

I, Cynthia Sabrina Chidester, declare that:

I am the Plaintiff in the above-entitled Complaint. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to matters therein stated on information and belief, and as to those matters, I believe it to be true.

Under the penalty of perjury, I declare that the foregoing is true and correct, and that this declaration was executed on February 20, 2025, at Huntington Beach, California.

*Cynthia Sabrina Chidester*
CYNTHIA SABRINA CHIDESTER,
Plaintiff.

Complaint for Violations of Civil Rights-Chidester v. City of

Huntington Beach - 16

CYNTHIA SABRINA CHIDESTER
1216 California St.
Huntington Beach, CA., 92648
TEL.; (714) 813-3779

**CLAIM AGAINST THE CITY OF HUNTINGTON BEACH**
(For Damages to Persons or Personal Property)

**Huntington Beach**

Received by _____ via:

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

File Number:_____

Time Stamp

A claim must be filed with the **City Clerk** of the City of Huntington Beach within six (6) months after which the incident or event occurred. Be sure your claim is against the City of Huntington Beach -- not another public entity. Where space is insufficient, please use additional paper and identify information by section. Completed claims must be mailed or delivered to:

**City of Huntington Beach, *City Clerk*, 2000 Main Street, P.O. Box 190, Huntington Beach, California 92648**

**To the Honorable Mayor and City Council, The City of Huntington Beach, California**

## CLAIMANT INFORMATION

Name:   Cynthia Sabrina Chidester

Address: 1216 California St., Huntington Beach, CA., 92648

_____    State        Zip Code

Phone Numbers:    Home:   (   ) (714)813-3779

Work:   (   )

Date of Birth:    4/24/1958        Driver's License Number: N4438408

Name, telephone and post office address to which claimant desires notice to be sent if other than above:
Cynthia Sabrina Chidester, 1216 California St., Huntington Beach, CA., 92648

## CLAIM INFORMATION

Occurrence or event from which claim arose:    Date: May 13, 2020-Oct. 2, 2024  Time: Various

Place (exact & specific location): My address above,
and my immediate neighborhood.

Specify how and under what circumstances did the particular occurrence, event, act or omission you claim caused the injury or damage occur. The arresting officers, starting on May 13, 2020, didn't do a thorough investigation. They took the word of a woman hater who mutilly abused his dog. The dog was a victim of a vicious owner who used an electric collar on the dog's neck. The dog owner hated me because I was a woman. He called me a c---. He thought he could get rich off of me by claiming a fake drug rehab center, and sought fake "restitution". He should had been arrested for animal cruelty. I should not have been arrested and falsely prosecuted. Case was dismissed on Oct. 2, 2024. I was helping the dog. A copy of the dismissal order is attached.

What particular action, by the City or its employee(s), caused the alleged damage or injury?    I was falsely arrested, maliciously prosecuted, and the process abused against me. I was helping the dog. The dog owner should have been arrested for animal cruelty.

_____

_____

Give a description of the injury/damage or loss known at the time of this claim. If there was no injury, state "No Injury". (If your claim involves a vehicle, include year, make and model): Loss for freedom, lost real estate business, defamation and humiliation by the fake-a-- "victim", etc. I suffered loss of real estate business, I suffered plenty of emotional distress. I also paid thousands of Dollars in unnecessary legal expenses.

Name/Address of any other person(s) injured: _____



# CLAIM AGAINST THE CITY OF HUNTINGTON BEACH
### (For Damages to Persons or Personal Property)

## CLAIM INFORMATION (*Continued*)

Name/Address of the owner of any damaged property:  1216 California St., Huntington Beach, CA., 92648

## DAMAGES CLAIMED - LESS THAN $10,000

Amount claim as of this date:          $ _____

Estimated Amount of Future Costs:     $ _____

Total Amount Claimed:                 $ _____

Basis of computation of amounts claimed (include copies of all bills, invoices, receipts and estimates): _____

## DAMAGES CLAIMED - MORE THAN $10,000

You must indicate court jurisdiction:       Municipal: _____       Superior:   X

## CLAIM INVESTIGATION

Give the name of the City employee(s) causing the damage or injury:   The arresting officers.

Was this incident reported to a law enforcement agency?     ☐ X Yes   ☐ No

If yes, which agency?    HBPD

Police Report Number?: _____

Who reported it? Cynthia Sabrina Chidester

Names/Addresses of all witnesses, hospitals, doctors, etc.

Additional information that might be helpful in considering this claim:

## WARNING:  IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM
### (Penal Code § 72, Insurance Code § 556.1)

I have read the matters and statements in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true.  I certify under penalty of perjury that the foregoing is *TRUE* and *CORRECT*.

Signed this 4th          day of December          2024     at   Huntington Beach, CA.

*Cynthia Sabrina Chidester*
Claimant's Signature

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

**Case Number   20WM08384 M A**

People vs. Chidester, Cynthia Sabrina

Report Request Criteria
1. Dockot Date Range       : >= 10/02/2024 00:00:00 and <= 10/02/2024
2. Sequnce Number Range : No sequence number range specified.
3. Dockot Category          : Minute Order

| Docket Dt | Seq | Text |
|---|---|---|
| 10/2/2024 | 1 | Hearing held on 10/02/2024 at 08:30:00 AM in Department W18 for Hearing Restitution. |
| | 2 | Hearing held on 10/02/2024 at 08:30:00 AM in Department W18 for Hearing Progress Review. |
| | 3 | Judicial Officer: Katherine Lewis, Judge |
| | 4 | Clerk: L. Sanchez |
| | 5 | Bailiff: R. Zamora |
| | 6 | Proceedings recorded electronically. The recording equipment is functioning normally, and all of the proceedings in open court between designated times of day will be recorded, except for such matters as were expressly directed to be "off the record" or as otherwise specified. |
| | 7 | People represented by Alysha Tseng, Deputy District Attorney, present. |
| | 8 | On behalf of the People, Certified Law Clerk Joseph Cloney present in Court . |
| | 9 | Defendant present in court with counsel Heather Weir, Public Defender. |
| | 11 | Victim Restitution Claim, dated 09-02-20 filed. |
| | 12 | Case called. People answer ready. Defense answers ready. |
| | 13 | Hearing re: Restitution reassigned for 10/02/2024 at 09:35 AM in Department W16, Jay J. Moorhead  Judge, 1 hour. |
| | 14 | Hearing re: Progress Review transferred to 10/02/2024 at 09:35 AM in Department W16. |
| | 15 | Defendant ordered to appear. |
| | 16 | Hearing held on 10/02/2024 at 09:35:00 AM in Department W16 for Hearing Progress Review. |
| | 17 | Hearing held on 10/02/2024 at 09:35:00 AM in Department W16 for Hearing Restitution. |
| | 18 | Judicial Officer: Jay J. Moorhead, Judge |
| | 19 | Clerk: K. Rodriguez |
| | 20 | Bailiff: G. Tardos |
| | 21 | Proceedings recorded electronically. The recording equipment is functioning normally, and all of the proceedings in open court between designated times of day will be recorded, except for such matters as were expressly directed to be "off the record" or as otherwise specified. |

ARREST SEALED: DO NOT RELEASE OUTSIDE
OF THE CRIMINAL JUSTICE SECTOR
DATE SEALED      10/02/24
PURSUANT TO SECTION  1001.070

Name:  Chidester, Cynthia Sabrina
Page 1 of 3                                   **MINUTE ORDER**                      Case:  20WM08384 M A
                                                                                        Report Date: 11/14/2024 09:33

# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTE ORDER

**Case Number   20WM08384 M A**

**People vs. Chidester, Cynthia Sabrina**

Report Request Criteria

1. Docket Date Range      : >= 10/02/2024 00:00:00 and <= 10/02/2024
2. Sequnce Number Range : No sequence number range specified.
3. Docket Category          : Minute Order

| Docket Dt | Seq | Text |
|---|---|---|
| 10/2/2024 | 22 | Canon 3E(1) of the California Code of Judicial Ethics requires a judicial officer to disqualify themselves in any proceedings where disqualification is required by law. |

Canon 3(E)(2)(a) of the California Code of Judicial Ethics states:

In all trial court proceedings, a judicial officer shall disclose on the record information that the judicial officer believes the parties and/or their lawyers might consider reasonably relevant to the question of disqualification under Code of Civil Procedure section 170.1, even if the judicial officer believes there is no actual basis for disqualification under Code of Civil Procedure section 170.1.

To comply with this requirement the Court discloses the following:

1. Jay J. Moorhead was sworn in as an Orange County Superior Court Judge on May 22, 2023.

2. Before taking the bench, Judge Jay J. Moorhead worked as a Deputy Public Defender in the Orange County Public Defender's Office for sixteen years.

To further comply with this requirement, the Court requests that all counsel examine their case files to disclose whether Judge Jay J. Moorhead had any contact with the case while employed as a Deputy Public Defender with the Orange County Public Defender's Office.

After such a review, the court requests all counsel to bring to the court's attention any information that counsel believes would be relevant to the court's disqualification decision.

| | 23 | People represented by Daniel Nguyen-McDonald, Deputy District Attorney, present. |
| | 25 | Defendant present in court with counsel Heather Weir, Public Defender. |
| | 26 | ADA Aide Sherry Hernandez is present. |
| | 27 | Restitution packet from Defense filed. |
| | 28 | Court read and considered restitution documents submitted by People and Defense. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

**Case Number   20WM08384 M A**

**People vs. Chidester, Cynthia Sabrina**

```
─── Report Request Criteria ───
1. Docket Date Range        : >= 10/02/2024 00:00:00 and <= 10/02/2024
2. Sequnce Number Range :  No sequence number range specified.
3. Docket Category          :  Minute Order
```

| Docket Dt | Seq | Text |
|-----------|-----|------|
| 10/2/2024 | 29 | Argument heard. |
| | 30 | Pay restitution to Victim 1 in the amount of $69.96 as to count 1 plus 10% interest per year from 10/02/2024 imposed. |
| | 31 | **Hearing re: Progress Review transferred to 10/02/2024 at 10:05 AM in Department W18.** |
| | 32 | **Hearing held on 10/02/2024 at 10:05:00 AM in Department W18 for Hearing Progress Review.** |
| | 33 | Judicial Officer: Katherine Lewis, Judge |
| | 34 | Clerk: L. Sanchez |
| | 35 | Bailiff: R. Zamora |
| | 36 | Proceedings recorded electronically. The recording equipment is functioning normally, and all of the proceedings in open court between designated times of day will be recorded, except for such matters as were expressly directed to be "off the record" or as otherwise specified. |
| | 37 | People represented by Alysha Tseng, Deputy District Attorney, present. |
| | 38 | Defendant present in court with counsel Heather Weir, Public Defender. |
| | 40 | Defendant's written Court-Initiated Misdemeanor Diversion Agreement and Waiver of Rights filed. |
| | 41 | Defendant states that it is their initials and signature on the Waiver of Rights form. |
| | 42 | Defendant advised of the following: |
| | 43 | - The right to a speedy and public trial, by judge or jury, pursuant to Penal Code 1382, and to a dismissal if not tried within these time limits unless good cause is shown or time is waived. |
| | 44 | - The right to a speedy trial. |
| | 45 | Court reinstates Misdemeanor Diversion program. |
| | 46 | Court finds defendant successfully completed Court-initiated Misdemeanor Diversion. Count(s) 1 ordered dismissed. Arrest records in this matter are ordered sealed pursuant to PC 1001.97(a). Case Processing directed to send notice to the arresting agency and prosecuting attorney. |
| | 47 | Counsel joins in waivers and plea. |
| | 48 | Order For Restitution filed. |

## The State Cannot Prove Kidnapping or Intent

1) On 3/1/2020 Mr. Thompson asked Ms. Chidester to foster his dog Rylie. See Video #1

2) On 3/1/2023 Mr. Thompson told Ms. Chisester he would be going to rehab for a DUI. See Video #2

3) On 3/1/2023 Mr. Thompson told Ms. Chisester she was welcome to pick up Rylie any time she wanted to. Altho.

④ TAlKing ABout Previous DAtes of many that I WAtched And BABYSAt Ryler. Talking About Shock Collar over-use

**See attached affidavit from witness present when Mr. Thompson came over on

Video ④ telling Mc he hAp Vopka in the Sports mug Also HAp Powder Donut Nose. RehAB?

(see attached video recordings with numbers)

FEBRARY 19th 7:54 AM Jeff Leaving Rylie Video

FEB 19th    Jeff Coming in Leaving Rylie
TAIKing ABout Rylie Knocking the
Door Hinge. Rylie getting out
Rylie missing At MiDnight
TAIKing to MARK Peters ABout
ADopting you. He talking ABout
LISA Ginaretta Being freaked out
"Reading text from LISA" Lisa is Combative.
Jeff TAIKing ABout ADoption Again

2/18 Pic at Dog Beach w/Rylie

2/18 Rylie & ROBY At Dog Beach Video

2/24 Pic of ROBY & Rylie Sleeping
2/25 RoBy and Rylie At FARQUAR PARK Video

MARch 2 Pic of Rylie had escaped Again and
CAme to my house

3/3 Video of Rylie At my house 9:33 PM
3/5 Pics of RoBy and Rylie had Voted ☺
3/4 RoBy & Rylie had escaped and CAme to my house

3/9 Rylic At FARQUAR Park Pic

4/17 Rylie AND Ruby At FARQUAR

4/17 Rylie AND Ruby

4/17    "    "   "      "

4/26   At FARQUAR Park w Rylie's Ruby Pic and
                                              Video

January 1, 4, 5, 6 Ruby w/Rylie Pics

San 4 Video Ruby's Rylie

San 6th Still have Rylie Video

San 7th with my Roomate Mark Peters
        who wanted to Adopt her too

Click to Download

IMG_0565.MOV

0 bytes

Click to Download

IMG_0566.MOV

0 bytes

Click to Download

IMG_0567.MOV

0 bytes

Click to Download

IMG_0568.MOV

0 bytes

# JEFF THOMPSON IS USING THE COURT TO CONTINUALLY ABUSE DEFENDANT

Since the date of the arrest Jeff Thompson has used the threat of excessive charges and humiliation to continue to abuse me.  His dog Rylie was absent from his home less than one hour.

Videos will show that he has come to my home multiple times to harass. He has failed to keep his pet contained and then blames me because his pet comes to my home.  He has threatened me with charging me over $8000 to compensate him for the charge against me.

Jeff Thompson has a record of abusive and addictive behavior.

Exhibit A:  Jeff Thompson's arrest record (moral turpitude)

Exhibit B:  Jeff Thompson Drunk Driving Case Summary where he was sentenced on 9/18/2019 to 5 years probation and to serve 18 month of rehab[1].

Exhibit C:  Certificate No.:  139324739 Smart_R, registered with the State of California on 4/24/2020 (This company is registered just 6 months after being assigned to 18 months of rehab)  (COVID 19 lockdown started on March 15, 2020 – how could a REHAB be opened and functioning out of his home during this time?)

Exhibit D:  Articles of Incorporation of Smart_R, Inc. registered as a non-profit organization on 4/24/2020.  The business description is:  The specific purpose of this corporation is to Will provide services to those in substance abuse recovery. Will provide services to men that struggle with domestic violence and eventually provide programming for women.
(The address for this Corporation is Jeff Thompson's home address, the phone number is Jeff Thompson's cell number.  The same number used in the text message exchanges)

Exhibit E:  SOS Search – Agent resigned 8/31/2023

Exhibit F:  Fake, Fraudulent and unverified documents filed as the Cost of Restitution.

Exhibit G:  Regulations for operating a rehab facility in the State of California

---

[1] Where did Jeff Thompson do his 18 months of rehab?

Exhibit H:  Certificate of non-finding for fictitious name.



# MEMO

## OFFICE OF THE DISTRICT ATTORNEY

**TODD SPITZER**
**DISTRICT ATTORNEY**

TO:         ATTORNEY FOR CYNTHIA CHIDESTER
DATE:       MAY 16, 2022
FROM:       DDA THOMAS COLLINS
SUBJECT:    *People v. Cynthia Chidester* 20WM08384

Please be advised that *potential* witness JEFFREY SCOTT THOMPSON has the following *potential* moral turpitude conduct or criminal history, disclosure of this information is not an admission any of these acts are necessarily admissible evidence:

- (1991) Arrest for 245(A)(1) PC, 20 VC; Conviction for 20 VC, 242 PC in CAMC WESTMINSTER #GGW223221PO;
- (1991) Arrest for 476(A) in CASO SACRAMENTO #433227;
- (1992) Arrest for 12025(A) PC; Conviction for 12025(A) in CAMC NEWPORT BEACH #NBH 92M04929;
- (2006) Detention for 602.5 PC in CACJ AUBURN #0614681-P00173668;
- (2007) Arrest for 459 PC, 476 PC in CACJ AUBURN, Conviction for 476(A) in CASC PLACER #62-069058;
- (2007) Arrest for 459 PC in CACJ AUBURN #0702939-P00173668;
- (2007) Arrest for 273.6(A) PC by CASO AUBURN #0704675-P00173668;
- (2007) Arrest for 646.9(A) PC, 273.6(A) PC, 27 VC, 476A(A) in CACJ AUBURN #0704710-P00173668;
- (2007) Arrest for 459 PC, 422 PC, 487 PC; Conviction for 459 PC, 487(A) PC in CASC PLACER #62-070887;
- (2008) Arrest for 459 PC, 12500(A) VC in CACJ AUBURN, #0800952-P00173668;
- (2008) Arrest for 459 PC, 134 PC, 135 PC; Dismissed in CASC PLACER #62-82654;
- (2013) Arrest for 14601.1(A) VC, Conviction for 14601.1(A) VC as infraction in CASC COMPTON #COM3CP0406501
- (2014) Arrest for 273.5(A), 245(A)(1) PC in CASC HUNTINGTON BEACH #201454014H-779550;
- (2017) Arrest for 243(E)(1) PC by CAPD HUNTINGTON BEACH #01550015H-779550;
- (2017) Arrest for 23152(A) VC; Conviction for 23152(A) VC, 23152(B) VC in CASC WESTMINSTER #17WM04099;
- (2017) Arrest for 243(E)(1) PC by CASO SANTA ANA #2989867-779550;
- (2017) Arrest for 14601.2(A) VC, Conviction for 14601.2(A) VC in CASC NEWPORT BEACH #18HM00612;
- (2018) Arrest for 23152(A) VC, 23152(B) VC, 12500(A) VC, Conviction for 23152(A), 23152(B) VC, 14601.2(A) VC in CASC WESTMINSTER #18WM03799;
- (2019) Arrest for 23152(A) VC, 14601.2(A) VC by CASO SANTA ANA #3139190-779550;

- (2020) Arrest for 23152(A) VC, 14601.2(A) VC by CASO SANTA ANA #3130526-779550;
- (2020) Arrest for 273.5(A) PC, 245(A)(2) PC by CASO SANTA ANA #3153555-0001742787
- (2020) Arrest for 245(A)(1) PC, 273.5(A) PC by CAPD HUNTINGTON BEACH #2020050275H0001742787

Sincerely,

THOMAS COLLINS
Deputy District Attorney

PC245(a)(1) Assault with a deadly weapon

476 (A) Check fraud

PC12025(A) Carrying a concealed firearm

PC 602.5 Refusing to leave a building

PC 459 burglary

PC 273.6(A) Violation of Court Order

PC 646.9(A) Stalking

PC 422 Threats of violence

PC 487(A)  Grand Theft

PC 134 Creating False Evidence; 135 Destroying evidence

PC 14601.1(A) Driving when license has been revoked

PC 273.5(A) Domestic Violence

PC 243(E)1 Domestic Battery

VC 23152(A) Drunk Driving

Case Search » **Case Detail**

## CASE DETAIL

The Criminal and Traffic Cases systems are intended to assist the public in accessing available case data without having to visit the courthouse. The information provided on and obtained from this site does not constitute the official record of the Superior Court of Orange County. The case information provided is based on the search criteria entered. Search criteria results may not always reflect accurate name/case association. Please read and accept the terms described below before proceeding.

Note: Traffic citations may not be available through this online case access for up to 21 days from the date the citation was issued. A courtesy notice may be mailed to you at the address listed on your citation which contains general information and options available for resolving the citation. If you do not receive a courtesy notice in advance of your citation appearance date, contact the court as failure to receive a courtesy notice is not a legal excuse for failing to take care of the citation. When submitting payments and/or documents by mail, allow 10 days for delivery and processing.

Case Search | Calendar | Tutorial

# Case Detail

**Case Number:** 18WM03799                    Printable Version 🖨
**OC Pay Number:** 9443551
**Originating Court:** West
**Pay or Appear by:** -
**Traffic School Completion Date:** -
**Next Payment Date:** 10/12/2021

**Defendant:** Thompson, Jeffrey Scott
⊡ Demographics...
⊡ Names...

**Case Status:** Convicted
☑ Details...

| **Case Stage:** Entered | **Release Status:** Released on Own Recognizance | **DMV Hold:** N |
|---|---|---|
| **Charging Document:** Complaint | **Mandatory Appearance:** Y | **Amendment #:** 0 |

### CASE INFO

## Counts

5 counts found, displaying all counts.1

| SeqS/A | | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Dispo Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 02/02/2018 | 23152(a) VC | M | Driving under the influence of alcohol | GUILTY | 09/18/2019 | Pled Guilty | 09/18/2019 |
| 2 | 0 | 02/02/2018 | 23152(b) VC | M | Driving With A Blood Alcohol Content of .08% or More | GUILTY | 09/18/2019 | Pled Guilty | 09/18/2019 |
| 3 | 0 | 02/02/2018 | 20002(a) VC | M | Hit and run with property damage | NOT GUILTY | 04/03/2018 | Dismissed | 09/18/2019 |
| 4 | 0 | 02/02/2018 | 14601.2(a) VC | M | Driving when privilege suspended or revoked (DUI) | GUILTY | 09/18/2019 | Pled Guilty | 09/18/2019 |
| 5 | 0 | 02/02/2018 | 148(a)(1) PC | M | Resisting public or peace officer | NOT GUILTY | 04/03/2018 | Dismissed | 09/18/2019 |

## Co Defendants
No co-defendants found for this case

## Participants
14 professionals found, displaying all professionals.1

| Role | Badge | Name |
|---|---|---|
| Retained Attorney | | Gallogly, Tara |
| District Attorney | | Chupurdy, Dustin |
| District Attorney | | Wahab, Dalia M. |
| District Attorney | | Hudson, Jeremy |
| District Attorney | | Zamora, Adam |
| District Attorney | | Spires, Patrick |
| District Attorney | | Brown, Alexander J. |
| District Attorney | | Dunn, Gordon Valiant |
| District Attorney | | Shaaban, Alexander |
| District Attorney | | Briante, Michael |
| District Attorney | | Kwon, Deborah |

| Role | Badge | Name |
|------|-------|------|
| District Attorney | | Vasquez, Evelyn |
| District Attorney | | Gully, Gerard |
| District Attorney | | Bader, Alliah Sue |

**HEARING INFO**

## Scheduled Hearings
No scheduled hearings found for this case

## Heard Hearings
45 hearings found, displaying 1 to 20.[First/Prev] **1**, 2, 3 [Next/Last]

| Date | Time | Hearing Type - Reason | Courtroom | Hearing Status |
|------|------|----------------------|-----------|----------------|
| 04/03/2018 | 08:30 AM | Arraignment - | W4 | Heard |
| 05/15/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 05/15/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 06/26/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 06/26/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 07/26/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 07/26/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 09/05/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 09/05/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 10/03/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 10/03/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 11/08/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 11/08/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 12/17/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 01/28/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 01/28/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 03/04/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 04/17/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 04/17/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 05/21/2019 | 08:30 AM | Pre Trial - | W18 | Heard |

**SENTENCING**

## Sentences
10 sentences found, displaying all sentences.**1**

| Count | Sentence Date | Sentence | Due Date |
|-------|---------------|----------|----------|
| 2 | 09/18/2019 | Sentenced stayed | |
| 1,4 | 09/18/2019 | 5 years Probation | |
| 1 | 09/18/2019 | $390.00 Fines | |
| 4 | 09/18/2019 | $300.00 Fines | |
| 1,4 | 09/18/2019 | 120 days Jail | 01/03/2020 |
| 1 | 09/18/2019 | Victim Impact Counseling | 06/23/2021 |
| 1 | 09/18/2019 | Restitution | |
| 1 | 09/18/2019 | 12 months Ignition Interlock Device | |
| 1 | 09/18/2019 | Statement of Assets | 10/02/2019 |
| 1 | 09/18/2019 | 18 months Multiple Offender Alcohol Program | |

## State Institutions
No institution records found for this case

## Probation
One probation found.**1**

| Sent Seq # | Type | Term | End Date | Status |
|------------|------|------|----------|--------|
| 2 | INFORMAL | 5 years | 09/17/2024 | ▶ History... |

**Mandatory Supervision**
No Mandatory Supervisons found for this case

**RELEASE INFO**

## Bail
No cash bail found for this case

## Bonds
One bond found.**1**

| Details | Bail Date | Post Amount | Bondsman | Surety |
|---------|-----------|-------------|----------|--------|
| ▶ Details... | 02/08/2018 | $10,000.00 | Aladdin Bail Bonds | Seaview Insurance Company |

<

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search*

[Skip to main content](#)

*...ve a status other than active or to refine*

| California | | |
|---|---|---|
| *Secretary of State* | **Business**   UCC | |

Home

Search

Forms

Help

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is*

Login

## SMART-R INC. (4587083)

| | |
|---|---|
| *Initial Filing Date* | 04/24/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Nonprofit Corporation - CA - Public Benefit |
| *Principal Address* | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| *Mailing Address* | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| *Statement of Info Due Date* | 06/30/2020 |
| *Agent* | 1505 Corporation |

*provided "as is." To order certified copies of certificates of status, (1) locate an entity using the search, (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

LEGALZOOM.COM, INC.

CA Registered
Corporate (1505)
Agent Authorized
Employee(s)

JOYCE YI
101 N BRAND BLVD 11TH FL, GLENDALE, CA

SANDRA MENJIVAR
101 N BRAND BLVD 11TH FL, GLENDALE, CA

| Smart_r inc |  |
|---|---|

Advanced ⌄

Results: 31

View History    Request Access

| Entity Information | | Initial Filing Date | Status | | | | |
|---|---|---|---|---|---|---|---|
| SMARTR APP, INC. (3923684) | › | 07/01/2016 | Terminated | Stock Corporation - CA - General | CALIFORNIA | WATSON LAW GROUP, APC |
| SMART-R INC. (4587083) | › | 04/24/2020 | Active | Nonprofit Corporation - CA - Public Benefit | CALIFORNIA | LEGALZOOM.COM, INC. |
| SMARTRAC TECHNOLOGY USA, INCORPORATED (2504039) | › | 03/25/2003 | Terminated | Stock Corporation - Out of State - Stock | DELAWARE | RONALD L HALVAS |
| SMART-RACRATION BIOLOGE TENOLOGE USA INC. (3414468) | › | 09/20/2011 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | DAVID  ZHANG |
| SMARTRADE INC. (2652648) | › | 05/14/2004 | Terminated | Stock Corporation - CA - General | CALIFORNIA | EDMUND  TSANG |
| SMARTRAISER, INC. (3733612) | › | 12/18/2014 | Terminated | Stock Corporation - CA - General | CALIFORNIA | MICHAEL BALDUCCI |
| SMARTRAK USA INC. (4279196) | › | 05/20/2019 | Active | Stock Corporation - Out of State - Stock | DELAWARE | C T CORPORATION SYSTEM |
| SMARTRAK, INC. (2044086) | › | 04/07/1999 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | WALTER J BODOR |
| SMARTRAN, INC. (4203985) | › | 10/15/2018 | Active | Stock Corporation - CA - General | CALIFORNIA | BIN  AN |
| SMARTRANS EXPRESS, INC (4147231) | › | 04/30/2018 | Active | Stock Corporation - CA - General | CALIFORNIA | JESUS A RAIMUNDO |
| SMARTRATEDIRECT.COM, INC., A CALIFORNIA CORPORATION (2207517) | › | 01/04/2000 | Terminated | Stock Corporation - CA - General | CALIFORNIA | WILLIAM L. STEEL |

| Company | | Date | Status | Type | State | Agent |
|---|---|---|---|---|---|---|
| SMARTRE INC. (4052872) | > | 08/04/2017 | Active | Stock Corporation - Out of State - Stock | DELAWARE | C T CORPORATION SYSTEM |
| SMARTREADERS, INC. (2507681) | > | 04/23/2003 | Terminated - FTB Admin | Nonprofit Corporation - CA - Public Benefit | CALIFORNIA | |
| SMARTRECEIPT, INC. (2656828) | > | 06/14/2004 | Terminated | Stock Corporation - Out of State - Stock | DELAWARE | STEPHEN MORRISON |
| SMARTRECRUITERS, INC. (3377041) | > | 03/01/2011 | Active | Stock Corporation - Out of State - Stock | DELAWARE | JEREMY JOHNSON |
| SMART-REG INTERNATIONAL, INC. (2274095) | > | 08/15/2001 | Active | Stock Corporation - CA - General | CALIFORNIA | ARNIE ROBERTS |
| SMARTRENT TECHNOLOGIES, INC. (4264163) | > | 04/15/2019 | Active | Stock Corporation - Out of State - Stock | DELAWARE | REGISTERED AGENTS INC |
| SMARTREPLY TECHNOLOGIES, INC. (3385969) | > | 06/15/2011 | Forfeited - FTB/SOS | Stock Corporation - Out of State - Stock | DELAWARE | C T CORPORATION SYSTEM |
| SMARTREPLY, INC. (2354008) | > | 08/06/2001 | Merged Out | Stock Corporation - CA - General | CALIFORNIA | GREGORY WEXLER |
| SMARTRG INC. (4209546) | > | 11/06/2018 | Terminated | Stock Corporation - Out of State - Stock | DELAWARE | THE CORPORATION COMPANY |
| SMARTRIS AGCLOUD INC (4628542) | > | 08/14/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | ZEYU GAO |
| SMARTRISE ELEVATOR SERVICE INC. (3587686) | > | 07/15/2013 | Active | Stock Corporation - CA - General | CALIFORNIA | KAREN E JUNG |
| SMARTRISE ENGINEERING, INC. (2724853) | > | 03/10/2005 | Active | Stock Corporation - CA - General | CALIFORNIA | C T CORPORATION SYSTEM |
| SMARTRNS INC. (2922533) | > | 07/17/2007 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | ADITYA RAY |
| SMARTROAM INC. | > | | | Stock Corporation | | |

| Name | | Date | Status | Type | State | Agent |
|---|---|---|---|---|---|---|
| (4138877) | | 04/18/2018 | Terminated | - CA - General | CALIFORNIA | DANIEL CURRIE |
| SMARTRON USA, INC. (4183733) | > | 08/14/2018 | Forfeited - FTB | Stock Corporation - Out of State - Stock | DELAWARE | COGENCY GLOBAL INC. |
| SMARTRONICS, INC. (1642570) | > | 06/05/1989 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | MICHAEL T. CLARKE |
| SMARTRONICS, INC. (2058163) | > | 10/14/1997 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | NICHOLAS A ROZZI |
| SMARTRONIX, INC. (3320696) | > | 08/17/2010 | Terminated | Stock Corporation - Out of State - Stock | MARYLAND | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA    AS CSC - LAWYERS INCORPORATING SERVICE |
| SMARTRUN TECHNOLOGIES INC. (4647010) | > | 09/29/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | VIGNESH PRABHU RAJASEKARAN |
| SMARTRUNK SYSTEMS, INC. (915216) | > | 04/05/1979 | Suspended - FTB/SOS | Stock Corporation - CA - General | CALIFORNIA | CHINYUAN PENG |



# Secretary of State
# Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| **Entity Name:** | SMART-R INC. |
| **Entity No.:** | 4587083 |
| **Registration Date:** | 04/24/2020 |
| **Entity Type:** | Nonprofit Corporation - CA - Public Benefit |
| **Formed In:** | CALIFORNIA |
| **Status:** | Active |

The above referenced entity is active on the Secretary of State's records and is authorized to exercise all its powers, rights and privileges in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of August 21, 2023.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

**Certificate No.:** 139324739

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.




BA20231363563



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**RESIGNATION OF AGENT FOR SERVICE OF PROCESS**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

<table>
<tr><td colspan="2" align="center">For Office Use Only<br><b>-FILED-</b></td></tr>
<tr><td colspan="2">File No.: BA20231363563</td></tr>
<tr><td colspan="2">Date Filed: 8/31/2023</td></tr>
</table>

| Entity Details | |
|---|---|
| Entity Name | SMART-R INC. |
| Entity No. | 4587083 |

**Resigning Agent for Service of Process**

| California Registered Corporate Agent (1505) | LEGALZOOM.COM, INC.<br>Registered Corporate 1505 Agent |
|---|---|

☒  I confirm that I am an authorized representative of the Agent for Service of Process for the above listed entity.

**Statement of Resignation**

The undersigned hereby resigns as agent upon whom process may be served in California for the above named entity.

**Electronic Signature**

☒  I declare I am the person who signed this document, which execution is my act and deed.

| *Cheyenne Moseley* | *08/31/2023* |
|---|---|
| Signature of Authorized Representative of Resigning Agent for Service of Process | Date |

B2075-2090 08/31/2023 2:29 AM Received by California Secretary of State

4587083

# ARTICLES OF INCORPORATION

## OF

## SMART-R Inc.

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

APR 24 2020

### I.

The name of the corporation shall be SMART-R Inc.

### II.

The place in this state where the principal office of the Corporation is to be located is 1355 Delaware St #106, Huntington Beach, California 92648.

### III.

Said corporation is organized exclusively for charitable purposes, including for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

This corporation is a nonprofit PUBLIC BENEFIT CORPORATION and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for public and charitable purposes.

The specific purpose of this corporation is to Will provide services to those in substance-abuse recovery. Will provide services to men that struggle with domestic violence and eventually provide programming for women. Will provide intensive outpatient services for individuals seeking recovery education for after care in transition to sober living and beyond.

### IV.

The name in the State of California of this corporation's initial agent for service of process is:

LegalZoom.com, Inc.

4587083

## V.

No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article III hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provisions of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation except from federal income tax under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of future federal tax code, or (b) by a corporation,(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

## VI.

Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

**IN WITNESS WHEREOF,** the undersigned incorporator has executed these Articles of Incorporation on the date below.

Date: 4/22/2020

**LegalZoom.com, Inc., Incorporator**

By: Cheyenne Moseley, Assistant Secretary





## History

R INC. (4587083)    ✕

Request Certificate

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| **Agent Resignation** | Standing – Agent | Good | Not Good |
| *Control ID* BA20231363563 | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| *Date* 8/31/2023 | | | |
| *Image Download* ⬇ Download | | | |

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| **System Amendment - Penalty Certification - SI** | Legacy Comment | SOS Certification | |
| *Control ID* LBA19416301 | | | |
| *Date* 7/27/2021 | | | |

| Amendment Type | | |
|---|---|---|
| **System Amendment - SI Delinquency for the year of 0** | | |
| *Control ID* LBA19416300 | | |
| *Date* 12/29/2020 | | |

| Amendment Type | | |
|---|---|---|
| **Initial Filing** | | |
| *Control ID* 4587083 | | |

Right-side panel fields (partially visible):

| | |
|---|---|
| ...unt Date | 04/24/2020 |
| ...Status | Active |
| ...SOS | Good |
| ...FTB | Good |
| ...gent | Not Good |
| ...CFCF | Good |
| ...med In | CALIFORNIA |
| ...ty Type | Nonprofit Corporation - CA - Public Benefit |
| ...dress | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| ...dress | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| ...ent of ...s Date | 06/30/2020 |
| ...gent | Individual NO AGENT AGENT RESIGNED OR INVALID |

Request Access

...w History

| | | | | | |
|---|---|---|---|---|---|
| (1982852) | | | - FTB/SOS | | |
| **SMARTRADIO NETWORK CORPORATION (1926075)** ❯ | 01/17/1995 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | GORDON KAISER |
| **SmartRainbow LLC (202250711849)** ❯ | 05/11/2022 | Active | Limited Liability Company - CA | CALIFORNIA | Hui Li |
| **SMARTRAISER, INC. (3733612)** ❯ | 12/18/2014 | Terminated | Stock Corporation - CA - General | CALIFORNIA | MICHAEL BALDUCCI |
| **SMARTRAK USA INC. (4279196)** ❯ | 05/20/2019 | Active | Stock Corporation | DELAWARE | C T CORPORATION |

State



## History

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| **Agent Resignation** | Standing – Agent | Good | Not Good |
| Control ID | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| BA20231363563 | | | |
| Date | | | |
| 8/31/2023 | | | |
| Image Download | | | |
| Download | | | |

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| **System Amendment - Penalty Certification - SI** | Legacy Comment | SOS Certification | |
| Control ID | | | |
| LBA19416301 | | | |
| Date | | | |
| 7/27/2021 | | | |

| Amendment Type | |
|---|---|
| **System Amendment - SI Delinquency for the year of 0** | |
| Control ID | |
| LBA19416300 | |
| Date | |
| 12/29/2020 | |

| Amendment Type | |
|---|---|
| **Initial Filing** | |
| Control ID | |
| 4587083 | |

R INC. (4587083)

| | |
|---|---|
| ...ling Date | 04/24/2020 |
| ...tus | Active |
| ... - SOS | Good |
| ... - FTB | Good |
| ...ng - Agent | Not Good |
| ... - VCFCF | Good |
| ...formed In | CALIFORNIA |
| ...tity Type | Nonprofit Corporation - CA - Public Benefit |
| ...l Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| ...Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| ...ment of ...Due Date | 06/30/2020 |
| ...Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |

Request Certificate

View History

Request Access

| State | | | | |
|---|---|---|---|---|
| SMARTRECEIPT, INC. (2656828) › | 06/14/2004 | Terminated | - Out of State - Stock | DELAWARE | STEPHEN MORRISON |
| SMARTRECRUITERS, INC. (3377041) › | 03/01/2011 | Active | Stock Corporation - Out of State - Stock | DELAWARE | JEREMY JOHNSON |
| SMARTREFERRAL.COM, LLC (200034410083) › | 12/01/2000 | Terminated | Limited Liability Company - CA | CALIFORNIA | WILLIAM C. JONES |
| SMART-REG INTERNATIONAL, INC. (2274095) › | 08/15/2001 | Active | Stock Corporation - CA - ... | CALIFORNIA | ARNIE ROBERTS |



## History

... INC. (4587083)    ✕

Request Certificate

| Amendment Type **Agent Resignation** | Field Name | Changed From | Changed To |
|---|---|---|---|
| | Standing – Agent | Good | Not Good |
| Control ID BA20231363563 | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| Date 8/31/2023 | | | |
| Image Download 🔗 **Download** | | | |

...ling Date    04/24/2020
...Status    Active
...- SOS    Good
...- FTB    Good
...- Agent    Not Good
...- VCFCF    Good
...rmed In    CALIFORNIA
...ntity Type    Nonprofit Corporation - CA - Public Benefit
...l Address    1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648

| Amendment Type **System Amendment - Penalty Certification - SI** | Field Name | Changed From | Changed To |
|---|---|---|---|
| | Legacy Comment | SOS Certification | |
| Control ID LBA19416301 | | | |
| Date 7/27/2021 | | | |

...s Address    1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648
...ement of
...Due Date    06/30/2020
...Agent    Individual NO AGENT AGENT RESIGNED OR INVALID

| Amendment Type **System Amendment - SI Delinquency for the year of 0** |
|---|
| Control ID LBA19416300 |
| Date 12/29/2020 |

w History    Request Access

| Amendment Type **Initial Filing** |
|---|
| Control ID 4587083 |

| (2.2.2000) | | | | | |
|---|---|---|---|---|---|
| SMARTRISE INVESTMENTS LLC (201604110248) ❯ | 02/04/2016 | Active | Limited Liability Company - CA | CALIFORNIA | Karen E Jung |
| SMARTRISK LLC (200829810158) ❯ | 10/22/2008 | Terminated | Limited Liability Company - CA | CALIFORNIA | TIMOTHY J CORBETT |
| SmartRisk.ai LLC (202250412819) ❯ | 04/25/2022 | Active | Limited Liability Company - Out of State | DELAWARE | Brian S Cohen |
| SMARTRIVERSIDE (2184048) ❯ | 11/22/1999 | Active | Nonprofit Corporation | CALIFORNIA | MARIA RUSSEY |

Skip to main content    State



## History

**...R INC. (4587083)** ✕

| Amendment Type **Agent Resignation** | Field Name | Changed From | Changed To |
|---|---|---|---|
| | Standing – Agent | Good | Not Good |
| Control ID **BA20231363563** | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| Date **8/31/2023** | | | |
| Image Download ⎙ **Download** | | | |

| Amendment Type **System Amendment - Penalty Certification - SI** | Field Name | Changed From | Changed To |
|---|---|---|---|
| | Legacy Comment | SOS Certification | |
| Control ID **LBA19416301** | | | |
| Date **7/27/2021** | | | |

| Amendment Type **System Amendment - SI Delinquency for the year of 0** |
|---|
| Control ID **LBA19416300** |
| Date **12/29/2020** |

| Amendment Type **Initial Filing** |
|---|
| Control ID **4587083** |

Request Certificate

| ...ling Date | 04/24/2020 |
|---|---|
| Status | Active |
| ...ling - SOS | Good |
| ...ling - FTB | Good |
| ...ling - Agent | Not Good |
| ...ling - VCFCF | Good |
| ...ormed In | CALIFORNIA |
| ...tity Type | Nonprofit Corporation - CA - Public Benefit |
| ...l Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| ...s Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| ...ement of ...ue Date | 06/30/2020 |
| Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |

View History     Request Access

| | | | | | |
|---|---|---|---|---|---|
| (2020103100...) | | | | | |
| **SMARTRUN TECHNOLOGIES INC. (4647010)** › | 09/29/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | VIGNESH PRABHU RAJASEKARAN |
| **SMARTRUNK SYSTEMS, INC. (915216)** › | 04/05/1979 | Suspended - FTB/SOS | Stock Corporation - CA - General | CALIFORNIA | CHINYUAN PENG |

© 2023 CA Secretary of State

## Victim Restitution Claim

Please submit before Court Date: _____

☐ Defendant has been convicted / pled guilty          ☑ Case is still pending

Defendant's Name: Cynthia Chdester          Case Number #: 20WM08384

Please SIGN and return completed form to:

☐ Orange County District Attorney's Office, West Justice Center
8141 13th Street, Westminster, CA 92683
(714) 896-7621 (Phone)
(714) 896-7236 (FAX)

☐ Victim/Witness Office, West Justice Center
8141 13th Street, Westminster, CA 92683
(714) 896-7188 (Phone)
(714) 896-7526 (FAX)

Please check appropriate box(es). Please remember to SIGN document, regardless of request.

☐ I did not sustain a loss.          ☑ I did sustain a loss.          ☐ Please do not collect restitution on my behalf.

### 1. Description of Loss:

Attach copies of bills, receipts or estimates to support your claim. Do not include items which have been returned unless they were damaged.

Check box if item is covered by insurance.

| | | |
|---|---|---|
| ☑ 22hr @ $350.00 per hr. (Time spent filing for Arrest, RO and Criminal Prosecution) | $ | 7700.00 |
| ☑ Thumb Drive for Evidence | $ | 69.96 |
| ☑ Security Company Bill to Recover Evidence | $ | 375.00 |
| ☐ | $ | |
| ☐ | $ | |
| ☐ | $ | |

(Attach additional pages if necessary)

TOTAL: $ 8144.95

### 2. Insurance Information:

Insurance Company: N/A          Phone Number #: N/A

Agent's Name: N/A          Claim Number #: N/A

Address: N/A

| | |
|---|---|
| Amount of Claim presented to Insurance Company | $ N/A |
| Deductible (if any) | $ N/A |
| Amount of Claim Paid | $ N/A |

Claim still pending? ☐ Yes  ☐ No          I will proceed civilly. ☐ Yes  ☐ No

### 3. Restitution to be sent to:

Name: Jeff Thompson          Phone Number #: 949-212-1389

Address: 1355 Delaware St. #106 Hutington Beach, Ca. 92648

I certify that this information is true and correct to the best of my knowledge.

Signed: Electronic Submission          Date: 9/2/2020

Operating a drug rehab and alcohol facility in Orange County, California, involves various legal and regulatory requirements. Keep in mind that regulations can change over time, so it's essential to consult with legal professionals and local authorities to ensure compliance with current laws and regulations. Here are some general steps and requirements to consider:

1. Licensing and Certification:
   - Obtain the necessary licenses and permits to operate a rehabilitation facility. Regulations may vary depending on the type and size of the facility.
2. Location:
   - Ensure that the location of your facility complies with local zoning regulations. Check with the local planning department to determine if your intended location is suitable for a rehab facility.
3. Accreditation:
   - Seek accreditation from relevant organizations, such as the Commission on Accreditation of Rehabilitation Facilities (CARF) or the Joint Commission. Accreditation can enhance your facility's credibility and eligibility for insurance reimbursements.
4. Staffing and Credentials:
   - Employ qualified and licensed staff, including medical professionals, counselors, and therapists, depending on the services you intend to provide.
   - Ensure that staff members have the necessary certifications and licenses to work in addiction treatment.
5. Treatment Programs:
   - Develop evidence-based treatment programs for drug and alcohol addiction, tailored to the specific needs of your clients.
   - Comply with state regulations regarding the types of treatments and therapies you can offer.
6. Facility Requirements:
   - Ensure that your facility meets specific health and safety standards, including building codes, fire safety regulations, and accessibility requirements.
   - Maintain appropriate accommodations for clients, including sleeping quarters, dining areas, and recreational spaces.
7. Insurance and Liability:
   - Obtain liability insurance and any other required insurance coverage.
   - Understand the legal liabilities associated with operating a rehabilitation facility and take necessary precautions.
8. Legal Compliance:
   - Familiarize yourself with federal and state laws related to healthcare, patient confidentiality (HIPAA), and substance abuse treatment (such as the federal Drug Addiction Treatment Act of 2000).
   - Implement policies and procedures to comply with these laws.
9. Financial Planning:
   - Develop a comprehensive business plan and financial model for your facility, including budgeting for staff salaries, facility maintenance, and operational expenses.

- Explore funding options, such as grants, private investments, or insurance reimbursements.

10. Marketing and Outreach:

- Develop a marketing and outreach strategy to attract clients and referral sources.
- Ensure that your marketing materials comply with advertising regulations for healthcare facilities.

11. Ongoing Training and Quality Assurance:

- Provide ongoing training for staff to stay up-to-date with the latest developments in addiction treatment.
- Establish a quality assurance program to monitor and improve the effectiveness of your services.

12. Reporting and Documentation:

- Maintain accurate and confidential client records.
- Comply with state reporting requirements for treatment facilities.

It's crucial to consult with an attorney or legal advisor who specializes in healthcare law and addiction treatment to navigate the complex regulatory landscape in Orange County, California. Additionally, consider contacting relevant state agencies, such as the California Department of Health Care Services (DHCS), for specific guidance and requirements.



**HUGH NGUYEN**

CLERK-RECORDER

PROPERTY RECORDS
BIRTH AND DEATH RECORDS
MARRIAGE LICENSES/RECORDS
PASSPORTS
FICTITIOUS BUSINESS NAMES
NOTARY REGISTRATION
ORANGE COUNTY ARCHIVES

## Clerk-Recorder Certificate of Non-Filing

## Fictitious Business Name Statement

I, Hugh Nguyen, County Clerk-Recorder for the State of California for the County of Orange, among whose official duties is the keeping of a record of Fictitious Business Name Statements for the County of Orange, do hereby certify that after a diligent search of the index of Fictitious Business Names, **I do not find a Fictitious Business Name Statement** in Orange County for:

## FBN/Registered Owner Name/Etc: JEFF THOMPSON

### SMART-R INC

The index searched covers the period from the first effective date of 05/15/2013.
to the current date of **05/15/2023**

In witness whereof, I have hereunto set my hand
and affixed the seal of said County Clerk-Recorder
of the County of Orange, State of California

(Purple Seal)

This date: 05/15/2023
Hugh Nguyen, County Clerk-Recorder



ESMERALDA PARRA, Deputy Clerk-Recorder

NORTH COUNTY BRANCH OFFICE
WELLS FARGO BUILDING
222 S. HARBOR BLVD., STE 110
ANAHEIM, CALIFORNIA 92805

ORANGE COUNTY
COUNTY ADMINISTRATION SOUTH
601 N. ROSS STREET
SANTA ANA, CALIFORNIA 92701

OLD ORANGE COUNTY
COURTHOUSE
211 W. SANTA ANA BLVD. ROOM 201
SANTA ANA, CALIFORNIA 92701

SOUTH COUNTY BRANCH OFFICE
LAGUNA HILLS CIVIC CENTER
24031 EL TORO ROAD, SUITE 150
LAGUNA HILLS, CALIFORNIA 92653

(714) 834-2500  •  FAX (714) 834-2675  •  WWW.OCRECORDER.COM  •  WWW.OCARCHIVES.COM

```
        O.C. CLERK RECORDER
          601 N. ROSS ST.
        SANTA ANA, CA 92701
05/15/2023              10:10:02
           DEBIT CARD

           DEBIT SALE

Card #              XX-XXXXX-XXXX6046
Network:                  INTERLINK
Chip Card:                 US DEBIT
AID:              A0000000980840
SEQ #:                           2
Batch #:                       787
INVOICE                          2
CLERK                        0470
Approval Code:            001560
Entry Method:          Contactless
Mode:          Issuer - PIN Verified


SALE AMOUNT              $11.00


        CUSTOMER COPY
```

Hugh Nguyen
Orange County Clerk-Recorder
601 N. Ross Street
Santa Ana, CA 92701


County

Finalization: 20230000131062
5/15/23 10:03 am
470 82A

| Item | Title | Count |
|------|-------|-------|
| 1 | S01 | 1 |

Srch Fee - Fict./Notary/Files
Document ID                    Amount

DOC#                              7.00
Time Recorded 10:03 am

| 2 | S20 | 2 |

Srch Fee - Fict./Cert.
Document ID                    Amount

DOC#                              4.00
Time Recorded 10:03 am


Total                           11.00

Payment Type                   Amount

Credit Card tendered           11.00
  # 001560


Amount Due                      0.00


THANK YOU
PLEASE RETAIN THIS RECEIPT
FOR YOUR RECORDS
www.ocrecorder.com



Received by _____ via:
- ☐ Mail
- ☐ Over the Counter
- ☐ Pony Mail
- ☐ Other        *** COB USE ONLY***

## CLAIM FOR MONEY OR DAMAGES
## AGAINST THE COUNTY OF ORANGE
### (Pursuant to Govt. Code section 910 et seq.)

**Completed and signed forms must be mailed or delivered to:** Clerk of the Board of Supervisors
400 W. Civic Center Drive, 6th Floor
Santa Ana, CA 92701

**INSTRUCTIONS:** *Claims related to personal injury or damage to personal property must be presented within six (6) months from the date of loss. Claims related to any other loss must be presented not later than one (1) year from the date of loss. (See Government Code Section 911.2)*
*Please answer all items fully and to the best of your ability. Failure to do so may be grounds for deeming your claim insufficient. If more space is needed, please attach additional pages.*

## CLAIMANT INFORMATION

1. **Claimant's Name:** __Cynthia Sabrina Chidester__    2. **Date of Birth:** __4/24/1958___

3. **Claimant's Address:** __1216 California St.,__    __Huntington Beach, CA.,__    __92648__
   Street (or P.O. Box)            City        State        Zip Code

4. **Phone Number:** __(714)813-3779__    _____    _____
   Home                    Work                Other

5. **Name and address where correspondence should be sent (if different from above):**

__Cynthia Sabrina Chidester, 1216 California St., Huntington Beach, CA.,__    __92648__
   Name        Street (or P.O. Box)    City        State        Zip Code

## CLAIM INFORMATION

6. **Exact date (including year) of the accident/incident/loss:** May 13, 2020-October 2, 20242024

7. **Exact location of the accident/incident/loss (Be as specific as possible; Example: On the southeast corner of 6th and Broadway in the City of Santa Ana):** My address, and at the Westminster Court House.

8. **Describe the circumstances of how the accident/incident/loss occurred including the reason you believe the County of Orange is liable for your damages:** I was innocent of "stealing a dog" for an arrest of May 13, 2020, that was abused by it's owner, a misogynist pig. The District Attorney, and his Deputies knew I was innocent, refused to turn over evidence that I was innocent, and deliberately delayed, and stalled on my case for four ****ing years till I forced my Public Defender to move to dismiss my case, which was dismissed on October 2, 2024. A copy of the dismissal order is attached.

9.  Jail Booking Number: <u>N/A</u>          Police Agency/Report Number: _____

10. Describe the damage/injury/loss incurred so far as is known as of the time of this claim: <u>My</u>

<u>loss of reputation. I lost a lot of real estate business. I could not take care of any more pets till</u>

<u>my case was dismissed. I also spent thousands of Dollars seeking that my case would be</u>

<u>dismissed.</u>

Name(s) of County employee(s) causing damage/injury/loss, if known: <u>Todd Spitzer, and his</u>

<u>deputies</u>

11. License number of County vehicle (if applicable): <u>N/A</u>

12. Name, address and phone number of any and all witnesses known: _____

_____

13. Any additional information that may assist us in evaluating your claim: _____

_____

_____

## DAMAGES CLAIMED

15. a.  If the amount claimed is <u>less than</u> $10,000:

Amount claimed to present:                        $_____

Estimated amount of any prospective damage/injury/loss: $_____

TOTAL AMOUNT CLAIMED:                        $_____

b.  If the amount claimed <u>exceeds</u> $10,000, would the case be a limited civil case ($25,000 or less)? Check one:  Yes _____      No X_____

c.  Basis of computation of the amount of damages (Please attach any estimates and/or receipts):

_____

_____

_____

## WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (PENAL CODE § 72)

I have read the matters and statements in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information and belief and as to such matters, I believe the same to be true.  I certify under penalty of perjury that the foregoing is true and correct.

*Cynthia Sabrina Chidester*          <u>12/4/2024</u>
**Signature of Claimant/Claimant's Representative**                        **Date**

## THIS CLAIM FORM <u>MUST</u> BE SIGNED!!

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

Case Number   20WM08384 M A

People vs. Chidester, Cynthia Sabrina

Report Request Criteria
1. Docket Date Range      : >= 10/02/2024 00:00:00 and <= 10/02/2024
2. Sequnce Number Range : No sequence number range specified.
3. Docket Category        : Minute Order

| Docket Dt | Seq | Text |
|---|---|---|
| 10/2/2024 | 1 | Hearing held on 10/02/2024 at 08:30:00 AM in Department W18 for Hearing Restitution. |
| | 2 | Hearing held on 10/02/2024 at 08:30:00 AM in Department W18 for Hearing Progress Review. |
| | 3 | Judicial Officer: Katherine Lewis, Judge |
| | 4 | Clerk: L. Sanchez |
| | 5 | Bailiff: R. Zamora |
| | 6 | Proceedings recorded electronically. The recording equipment is functioning normally, and all of the proceedings in open court between designated times of day will be recorded, except for such matters as were expressly directed to be "off the record" or as otherwise specified. |
| | 7 | People represented by Alysha Tseng, Deputy District Attorney, present. |
| | 8 | On behalf of the People, Certified Law Clerk Joseph Cloney present in Court . |
| | 9 | Defendant present in court with counsel Heather Weir, Public Defender. |
| | 11 | Victim Restitution Claim, dated 09-02-20 filed. |
| | 12 | Case called. People answer ready. Defense answers ready. |
| | 13 | Hearing re: Restitution reassigned for 10/02/2024 at 09:35 AM in Department W16, Jay J. Moorhead  Judge, 1 hour. |
| | 14 | Hearing re: Progress Review transferred to 10/02/2024 at 09:35 AM in Department W16. |
| | 15 | Defendant ordered to appear. |
| | 16 | Hearing held on 10/02/2024 at 09:35:00 AM in Department W16 for Hearing Progress Review. |
| | 17 | Hearing held on 10/02/2024 at 09:35:00 AM in Department W16 for Hearing Restitution. |
| | 18 | Judicial Officer: Jay J. Moorhead, Judge |
| | 19 | Clerk: K. Rodriguez |
| | 20 | Bailiff: G. Tardos |
| | 21 | Proceedings recorded electronically. The recording equipment is functioning normally, and all of the proceedings in open court between designated times of day will be recorded, except for such matters as were expressly directed to be "off the record" or as otherwise specified. |

ARREST SEALED: DO NOT RELEASE OUTSIDE
OF THE CRIMINAL JUSTICE SECTOR
DATE SEALED ___ 10/02/24
PURSUANT TO SECTION 100.070

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

**Case Number  20WM08384 M A**

**People vs. Chidester, Cynthia Sabrina**

| Report Request Criteria |  |
| --- | --- |
| 1. Docket Date Range | : >= 10/02/2024 00:00:00 and <= 10/02/2024 |
| 2. Sequnce Number Range : | No sequence number range specified. |
| 3. Docket Category | : Minute Order |

**Docket Dt    Seq    Text**

10/2/2024    22    Canon 3E(1) of the California Code of Judicial Ethics requires a judicial officer to disqualify themselves in any proceedings where disqualification is required by law.

Canon 3(E)(2)(a) of the California Code of Judicial Ethics states:

In all trial court proceedings, a judicial officer shall disclose on the record information that the judicial officer believes the parties and/or their lawyers might consider reasonably relevant to the question of disqualification under Code of Civil Procedure section 170.1, even if the judicial officer believes there is no actual basis for disqualification under Code of Civil Procedure section 170.1.

To comply with this requirement the Court discloses the following:

1. Jay J. Moorhead was sworn in as an Orange County Superior Court Judge on May 22, 2023.

2. Before taking the bench, Judge Jay J. Moorhead worked as a Deputy Public Defender in the Orange County Public Defender's Office for sixteen years.

To further comply with this requirement, the Court requests that all counsel examine their case files to disclose whether Judge Jay J. Moorhead had any contact with the case while employed as a Deputy Public Defender with the Orange County Public Defender's Office.

After such a review, the court requests all counsel to bring to the court's attention any information that counsel believes would be relevant to the court's disqualification decision.

23    People represented by Daniel Nguyen-McDonald, Deputy District Attorney, present.

25    Defendant present in court with counsel Heather Weir, Public Defender.

26    ADA Aide Sherry Hernandez is present.

27    Restitution packet from Defense filed.

28    Court read and considered restitution documents submitted by People and Defense.

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTE ORDER

Case Number  20WM08384 M A

People vs. Chidester, Cynthia Sabrina

**Report Request Criteria**

1. Docket Date Range     : >= 10/02/2024 00:00:00 and <= 10/02/2024
2. Sequnce Number Range : No sequence number range specified.
3. Docket Category       : Minute Order

| Docket Dt | Seq | Text |
|---|---|---|
| 10/2/2024 | 29 | Argument heard. |
| | 30 | Pay restitution to Victim 1 in the amount of $69.96 as to count 1 plus 10% interest per year from 10/02/2024 imposed. |
| | 31 | **Hearing re: Progress Review transferred to 10/02/2024 at 10:05 AM in Department W18.** |
| | 32 | **Hearing held on 10/02/2024 at 10:05:00 AM in Department W18 for Hearing Progress Review.** |
| | 33 | Judicial Officer: Katherine Lewis, Judge |
| | 34 | Clerk: L. Sanchez |
| | 35 | Bailiff: R. Zamora |
| | 36 | Proceedings recorded electronically. The recording equipment is functioning normally, and all of the proceedings in open court between designated times of day will be recorded, except for such matters as were expressly directed to be "off the record" or as otherwise specified. |
| | 37 | People represented by Alysha Tseng, Deputy District Attorney, present. |
| | 38 | Defendant present in court with counsel Heather Weir, Public Defender. |
| | 40 | Defendant's written Court-Initiated Misdemeanor Diversion Agreement and Waiver of Rights filed. |
| | 41 | Defendant states that it is their initials and signature on the Waiver of Rights form. |
| | 42 | Defendant advised of the following: |
| | 43 | - The right to a speedy and public trial, by judge or jury, pursuant to Penal Code 1382, and to a dismissal if not tried within these time limits unless good cause is shown or time is waived. |
| | 44 | - The right to a speedy trial. |
| | 45 | Court reinstates Misdemeanor Diversion program. |
| | 46 | Court finds defendant successfully completed Court-initiated Misdemeanor Diversion. Count(s) 1 ordered dismissed. Arrest records in this matter are ordered sealed pursuant to PC 1001.97(a). Case Processing directed to send notice to the arresting agency and prosecuting attorney. |
| | 47 | Counsel joins in waivers and plea. |
| | 48 | Order For Restitution filed. |

## The State Cannot Prove Kidnapping or Intent

1) On 3/1/2020 Mr. Thompson asked Ms. Chidester to foster his dog Rylie. See Video #1

2) On 3/1/2023 Mr. Thompson told Ms. Chisester he would be going to rehab for a DUI. See Video #2

3) On 3/1/2023 Mr. Thompson told Ms. Chisester she was welcome to pick up Rylie any time she wanted to. Altho.

4) TAlKing About Previous DAtes of manY thAt I WAtched AnD BABYSAt Rylex. TAlking About Shock Collar over-use

**See attached affidavit from witness present when Mr. Thompson came over on

Video 4 telling Mc he hAD VODKA in the Sports mug Also HAD PowDeR DoNut NOSE. RehAB ?

(see attached video recordings with numbers)

FeBRARY 19th 7:54 AM Jeff Leaving Rylie Video

Feb 19th     Jeff Coming in Leaving Rylie
             Talking About Rylie Knocking the
             Door hinge. Rylie getting out
             Rylie missing At Midnight
             Talking to Mark Peters About
             Adopting you. He talking About
             Lisa Ginarola Being freaked out
             " Reading text from Lisa" Lisa is Combative.
             Jeff Talking About Adoption Again

2/18 Pic at Dog Beach w/Rylie

2/18 Rylie & Ruby At Dog Beach Video

2/24 Pic of Ruby & Rylie Sleeping
2/25 Ruby and Rylie At Farquar Park Video

March 2 Pic of Rylie had escaped Again and
        Came to my house

3/3 Video of Rylie At my house 9:33 PM
3/5 Pics of Ruby and Rylie had Voted :)
3/4 Ruby & Rylie had escaped and Came to my house

3/9  Rylie at Farquar Park Pic

4/17  Rylie and Ruby At Farquar

4/17  Rylie and Ruby

4/17      "      "   "        "

4/26   At Farquar Park w Rylie's Ruby Pic and
                                        Video

January 1, 4, 5, 6 Ruby w/Rylie Pics

San 4 Video Ruby's Rylie

San 6th Still have Rylie Video

San 7th with my Roomate Mark Peters
        who wanted to Adopt her too

Click to Download

IMG_0565.MOV

0 bytes

Click to Download

IMG_0566.MOV

0 bytes

Click to Download

IMG_0567.MOV

0 bytes

Click to Download

IMG_0568.MOV

0 bytes

# JEFF THOMPSON IS USING THE COURT TO CONTINUALLY ABUSE DEFENDANT

Since the date of the arrest Jeff Thompson has used the threat of excessive charges and humiliation to continue to abuse me.  His dog Rylie was absent from his home less than one hour.

Videos will show that he has come to my home multiple times to harass. He has failed to keep his pet contained and then blames me because his pet comes to my home.  He has threatened me with charging me over $8000 to compensate him for the charge against me.

Jeff Thompson has a record of abusive and addictive behavior.

Exhibit A:  Jeff Thompson's arrest record (moral turpitude)

Exhibit B:  Jeff Thompson Drunk Driving Case Summary where he was sentenced on 9/18/2019 to 5 years probation and to serve 18 month of rehab[1].

Exhibit C:  Certificate No.:  139324739 Smart_R, registered with the State of California on 4/24/2020 (This company is registered just 6 months after being assigned to 18 months of rehab)  (COVID 19 lockdown started on March 15, 2020 – how could a REHAB be opened and functioning out of his home during this time?)

Exhibit D:  Articles of Incorporation of Smart_R, Inc. registered as a non-profit organization on 4/24/2020.  The business description is:  The specific purpose of this corporation is to Will provide services to those in substance abuse recovery. Will provide services to men that struggle with domestic violence and eventually provide programming for women.
(The address for this Corporation is Jeff Thompson's home address, the phone number is Jeff Thompson's cell number.  The same number used in the text message exchanges)

Exhibit E:  SOS Search – Agent resigned 8/31/2023

Exhibit F:  Fake, Fraudulent and unverified documents filed as the Cost of Restitution.

Exhibit G:  Regulations for operating a rehab facility in the State of California

---

[1] Where did Jeff Thompson do his 18 months of rehab?

Exhibit H:  Certificate of non-finding for fictitious name.



# MEMO

## OFFICE OF THE DISTRICT ATTORNEY

**TODD SPITZER**
**DISTRICT ATTORNEY**

TO:         ATTORNEY FOR CYNTHIA CHIDESTER
DATE:       MAY 16, 2022
FROM:       DDA THOMAS COLLINS
SUBJECT:    *People v. Cynthia Chidester* 20WM08384

Please be advised that *potential* witness JEFFREY SCOTT THOMPSON has the following *potential* moral turpitude conduct or criminal history, disclosure of this information is not an admission any of these acts are necessarily admissible evidence:

- (1991) Arrest for 245(A)(1) PC, 20 VC; Conviction for 20 VC, 242 PC in CAMC WESTMINSTER #GGW223221PO;
- (1991) Arrest for 476(A) in CASO SACRAMENTO #433227;
- (1992) Arrest for 12025(A) PC; Conviction for 12025(A) in CAMC NEWPORT BEACH #NBH 92M04929;
- (2006) Detention for 602.5 PC in CACJ AUBURN #0614681-P00173668;
- (2007) Arrest for 459 PC, 476 PC in CACJ AUBURN, Conviction for 476(A) in CASC PLACER #62-069058;
- (2007) Arrest for 459 PC in CACJ AUBURN #0702939-P00173668;
- (2007) Arrest for 273.6(A) PC by CASO AUBURN #0704675-P00173668;
- (2007) Arrest for 646.9(A) PC, 273.6(A) PC, 27 VC, 476A(A) in CACJ AUBURN #0704710-P00173668;
- (2007) Arrest for 459 PC, 422 PC, 487 PC; Conviction for 459 PC, 487(A) PC in CASC PLACER #62-070887;
- (2008) Arrest for 459 PC, 12500(A) VC in CACJ AUBURN, #0800952-P00173668;
- (2008) Arrest for 459 PC, 134 PC, 135 PC; Dismissed in CASC PLACER #62-82654;
- (2013) Arrest for 14601.1(A) VC, Conviction for 14601.1(A) VC as infraction in CASC COMPTON #COM3CP0406501
- (2014) Arrest for 273.5(A), 245(A)(1) PC in CASC HUNTINGTON BEACH #201454014H-779550;
- (2017) Arrest for 243(E)(1) PC by CAPD HUNTINGTON BEACH #01550015H-779550;
- (2017) Arrest for 23152(A) VC; Conviction for 23152(A) VC, 23152(B) VC in CASC WESTMINSTER #17WM04099;
- (2017) Arrest for 243(E)(1) PC by CASO SANTA ANA #2989867-779550;
- (2017) Arrest for 14601.2(A) VC, Conviction for 14601.2(A) VC in CASC NEWPORT BEACH #18HM00612;
- (2018) Arrest for 23152(A) VC, 23152(B) VC, 12500(A) VC, Conviction for 23152(A), 23152(B) VC, 14601.2(A) VC in CASC WESTMINSTER #18WM03799;
- (2019) Arrest for 23152(A) VC, 14601.2(A) VC by CASO SANTA ANA #3139190-779550;

- (2020) Arrest for 23152(A) VC, 14601.2(A) VC by CASO SANTA ANA #3130526-779550;
- (2020) Arrest for 273.5(A) PC, 245(A)(2) PC by CASO SANTA ANA #3153555-0001742787
- (2020) Arrest for 245(A)(1) PC, 273.5(A) PC by CAPD HUNTINGTON BEACH #2020050275H0001742787

Sincerely,

THOMAS COLLINS
Deputy District Attorney

PC245(a)(1) Assault with a deadly weapon

476 (A) Check fraud

PC12025(A) Carrying a concealed firearm

PC 602.5 Refusing to leave a building

PC 459 burglary

PC 273.6(A) Violation of Court Order

PC 646.9(A) Stalking

PC 422 Threats of violence

PC 487(A)  Grand Theft

PC 134 Creating False Evidence; 135 Destroying evidence

PC 14601.1(A) Driving when license has been revoked

PC 273.5(A) Domestic Violence

PC 243(E)1 Domestic Battery

VC 23152(A) Drunk Driving

Case Search  »  Case Detail

## CASE DETAIL

The Criminal and Traffic Cases systems are intended to assist the public in accessing available case data without having to visit the courthouse. The information provided on and obtained from this site does not constitute the official record of the Superior Court of Orange County. The case information provided is based on the search criteria entered. Search criteria results may not always reflect accurate name/case association. Please read and accept the terms described below before proceeding.

Note: Traffic citations may not be available through this online case access for up to 21 days from the date the citation was issued. A courtesy notice may be mailed to you at the address listed on your citation which contains general information and options available for resolving the citation. If you do not receive a courtesy notice in advance of your citation appearance date, contact the court as failure to receive a courtesy notice is not a legal excuse for failing to take care of the citation. When submitting payments and/or documents by mail, allow 10 days for delivery and processing.

Case Search | Calendar | Tutorial

# Case Detail

**Case Number:** 18WM03799
**OC Pay Number:** 9443551
**Originating Court:** West
**Pay or Appear by:** -
**Traffic School Completion Date:** -
**Next Payment Date:** 10/12/2021

Printable Version 🖨

**Defendant:** Thompson, Jeffrey Scott
▣ Demographics...
▣ Names...

**Case Status:** Convicted
☑ Details...

| | | |
|---|---|---|
| **Case Stage:** Entered | **Release Status:** Released on Own Recognizance | **DMV Hold:** N |
| **Charging Document:** Complaint | **Mandatory Appearance:** Y | **Amendment #:** 0 |

### CASE INFO

#### Counts

5 counts found, displaying all counts.1

| SeqS/A | | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Dispo Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 02/02/2018 | 23152(a) VC | M | Driving under the influence of alcohol | GUILTY | 09/18/2019 | Pled Guilty | 09/18/2019 |
| 2 | 0 | 02/02/2018 | 23152(b) VC | M | Driving With A Blood Alcohol Content of .08% or More | GUILTY | 09/18/2019 | Pled Guilty | 09/18/2019 |
| 3 | 0 | 02/02/2018 | 20002(a) VC | M | Hit and run with property damage | NOT GUILTY | 04/03/2018 | Dismissed | 09/18/2019 |
| 4 | 0 | 02/02/2018 | 14601.2(a) VC | M | Driving when privilege suspended or revoked (DUI) | GUILTY | 09/18/2019 | Pled Guilty | 09/18/2019 |
| 5 | 0 | 02/02/2018 | 148(a)(1) PC | M | Resisting public or peace officer | NOT GUILTY | 04/03/2018 | Dismissed | 09/18/2019 |

#### Co Defendants

No co-defendants found for this case

#### Participants

14 professionals found, displaying all professionals.1

| Role | Badge | Name |
|---|---|---|
| Retained Attorney | | Gallogly, Tara |
| District Attorney | | Chupurdy, Dustin |
| District Attorney | | Wahab, Dalia M. |
| District Attorney | | Hudson, Jeremy |
| District Attorney | | Zamora, Adam |
| District Attorney | | Spires, Patrick |
| District Attorney | | Brown, Alexander J. |
| District Attorney | | Dunn, Gordon Valiant |
| District Attorney | | Shaaban, Alexander |
| District Attorney | | Briante, Michael |
| District Attorney | | Kwon, Deborah |

| Role | Badge | Name |
|------|-------|------|
| District Attorney | | Vasquez, Evelyn |
| District Attorney | | Gully, Gerard |
| District Attorney | | Bader, Alliah Sue |

## HEARING INFO

### Scheduled Hearings

No scheduled hearings found for this case

### Heard Hearings

45 hearings found, displaying 1 to 20.[First/Prev] 1, 2, 3 [Next/Last]

| Date | Time | Hearing Type - Reason | Courtroom | Hearing Status |
|------|------|----------------------|-----------|----------------|
| 04/03/2018 | 08:30 AM | Arraignment - | W4 | Heard |
| 05/15/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 05/15/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 06/26/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 06/26/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 07/26/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 07/26/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 09/05/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 09/05/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 10/03/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 10/03/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 11/08/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 11/08/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 12/17/2018 | 08:30 AM | Pre Trial - | W18 | Heard |
| 01/28/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 01/28/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 03/04/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 04/17/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 04/17/2019 | 08:30 AM | Pre Trial - | W18 | Heard |
| 05/21/2019 | 08:30 AM | Pre Trial - | W18 | Heard |

## SENTENCING

### Sentences

10 sentences found, displaying all sentences.1

| Count | Sentence Date | Sentence | Due Date |
|-------|---------------|----------|----------|
| 2 | 09/18/2019 | Sentenced stayed | |
| 1,4 | 09/18/2019 | 5 years Probation | |
| 1 | 09/18/2019 | $390.00 Fines | |
| 4 | 09/18/2019 | $300.00 Fines | |
| 1,4 | 09/18/2019 | 120 days Jail | 01/03/2020 |
| 1 | 09/18/2019 | Victim Impact Counseling | 06/23/2021 |
| 1 | 09/18/2019 | Restitution | |
| 1 | 09/18/2019 | 12 months Ignition Interlock Device | |
| 1 | 09/18/2019 | Statement of Assets | 10/02/2019 |
| 1 | 09/18/2019 | 18 months Multiple Offender Alcohol Program | |

## State Institutions

No institution records found for this case

## Probation

One probation found.1

| Sent Seq # | Type | Term | End Date | Status |
|------------|------|------|----------|--------|
| 2 | INFORMAL | 5 years | 09/17/2024 | ▶ History... |

**Mandatory Supervision**

No Mandatory Supervisons found for this case

## RELEASE INFO

### Bail

No cash bail found for this case

## Bonds

One bond found.1

| Details | Bail Date | Post Amount | Bondsman | Surety |
|---------|-----------|-------------|----------|--------|
| ▶ Details... | 02/08/2018 | $10,000.00 | Aladdin Bail Bonds | Seaview Insurance Company |

<

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search* [Skip to main content](#) *ve a status other than active or to refine*

| California | | | |
|---|---|---|---|
| *Secretary of State* | | | Login |

| | **Business** | UCC |
|---|---|---|

Home

Search

Forms

Help

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is*

## SMART-R INC. (4587083)

| | |
|---|---|
| *Initial Filing Date* | 04/24/2020 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Nonprofit Corporation - CA - Public Benefit |
| *Principal Address* | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| *Mailing Address* | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| ⚠ *Statement of Info Due Date* | 06/30/2020 |
| *Agent* | 1505 Corporation |

*provided "as is." To order certified copies of certificates of status, (1) locate an entity using the search, (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

| | LEGALZOOM.COM, INC. |
|---|---|
| CA Registered Corporate (1505) Agent Authorized Employee(s) | JOYCE YI<br>101 N BRAND BLVD 11TH FL, GLENDALE, CA<br><br>SANDRA MENJIVAR<br>101 N BRAND BLVD 11TH FL, GLENDALE, CA |

## Smart_r inc    🔍

Advanced ⌄

Results: 31

🕓 View History

👥 Request Access

| Entity Information ⇅ | | Initial Filing Date ⇅ | Status ⇅ | | | |
|---|---|---|---|---|---|---|
| SMARTR APP, INC. (3923684) | › | 07/01/2016 | Terminated | Stock Corporation - CA - General | CALIFORNIA | WATSON LAW GROUP, APC |
| SMART-R INC. (4587083) | › | 04/24/2020 | Active | Nonprofit Corporation - CA - Public Benefit | CALIFORNIA | LEGALZOOM.COM, INC. |
| SMARTRAC TECHNOLOGY USA, INCORPORATED (2504039) | › | 03/25/2003 | Terminated | Stock Corporation - Out of State - Stock | DELAWARE | RONALD L HALVAS |
| SMART-RACRATION BIOLOGE TENOLOGE USA INC. (3414468) | › | 09/20/2011 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | DAVID ZHANG |
| SMARTRADE INC. (2652648) | › | 05/14/2004 | Terminated | Stock Corporation - CA - General | CALIFORNIA | EDMUND TSANG |
| SMARTRAISER, INC. (3733612) | › | 12/18/2014 | Terminated | Stock Corporation - CA - General | CALIFORNIA | MICHAEL BALDUCCI |
| SMARTRAK USA INC. (4279196) | › | 05/20/2019 | Active | Stock Corporation - Out of State - Stock | DELAWARE | C T CORPORATION SYSTEM |
| SMARTRAK, INC. (2044086) | › | 04/07/1999 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | WALTER J BODOR |
| SMARTRAN, INC. (4203985) | › | 10/15/2018 | Active | Stock Corporation - CA - General | CALIFORNIA | BIN AN |
| SMARTRANS EXPRESS, INC (4147231) | › | 04/30/2018 | Active | Stock Corporation - CA - General | CALIFORNIA | JESUS A RAIMUNDO |
| SMARTRATEDIRECT.COM, INC., A CALIFORNIA CORPORATION (2207517) | › | 01/04/2000 | Terminated | Stock Corporation - CA - General | CALIFORNIA | WILLIAM L. STEEL |

| | | | | | |
|---|---|---|---|---|---|
| SMARTRE INC. (4052872) | > | 08/04/2017 | Active | Stock Corporation - Out of State - Stock | DELAWARE | C T CORPORATION SYSTEM |
| SMARTREADERS, INC. (2507681) | > | 04/23/2003 | Terminated - FTB Admin | Nonprofit Corporation - CA - Public Benefit | CALIFORNIA | |
| SMARTRECEIPT, INC. (2656828) | > | 06/14/2004 | Terminated | Stock Corporation - Out of State - Stock | DELAWARE | STEPHEN MORRISON |
| SMARTRECRUITERS, INC. (3377041) | > | 03/01/2011 | Active | Stock Corporation - Out of State - Stock | DELAWARE | JEREMY JOHNSON |
| SMART-REG INTERNATIONAL, INC. (2274095) | > | 08/15/2001 | Active | Stock Corporation - CA - General | CALIFORNIA | ARNIE  ROBERTS |
| SMARTRENT TECHNOLOGIES, INC. (4264163) | > | 04/15/2019 | Active | Stock Corporation - Out of State - Stock | DELAWARE | REGISTERED AGENTS INC |
| SMARTREPLY TECHNOLOGIES, INC. (3385969) | > | 06/15/2011 | Forfeited - FTB/SOS | Stock Corporation - Out of State - Stock | DELAWARE | C T CORPORATION SYSTEM |
| SMARTREPLY, INC. (2354008) | > | 08/06/2001 | Merged Out | Stock Corporation - CA - General | CALIFORNIA | GREGORY WEXLER |
| SMARTRG INC. (4209546) | > | 11/06/2018 | Terminated | Stock Corporation - Out of State - Stock | DELAWARE | THE CORPORATION COMPANY |
| SMARTRIS AGCLOUD INC (4628542) | > | 08/14/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | ZEYU  GAO |
| SMARTRISE ELEVATOR SERVICE INC. (3587686) | > | 07/15/2013 | Active | Stock Corporation - CA - General | CALIFORNIA | KAREN E JUNG |
| SMARTRISE ENGINEERING, INC. (2724853) | > | 03/10/2005 | Active | Stock Corporation - CA - General | CALIFORNIA | C T CORPORATION SYSTEM |
| SMARTRNS INC. (2922533) | > | 07/17/2007 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | ADITYA  RAY |
| SMARTROAM INC. | > | | | Stock Corporation | | |

| | | | | | |
|---|---|---|---|---|---|
| (4138877) | | 04/18/2018 #:368 | Terminated | - CA - General | CALIFORNIA | DANIEL CURRIE |
| SMARTRON USA, INC. (4183733) | > | 08/14/2018 | Forfeited - FTB | Stock Corporation - Out of State - Stock | DELAWARE | COGENCY GLOBAL INC. |
| SMARTRONICS, INC. (1642570) | > | 06/05/1989 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | MICHAEL T. CLARKE |
| SMARTRONICS, INC. (2058163) | > | 10/14/1997 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | NICHOLAS A ROZZI |
| SMARTRONIX, INC. (3320696) | > | 08/17/2010 | Terminated | Stock Corporation - Out of State - Stock | MARYLAND | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| SMARTRUN TECHNOLOGIES INC. (4647010) | > | 09/29/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | VIGNESH PRABHU RAJASEKARAN |
| SMARTRUNK SYSTEMS, INC. (915216) | > | 04/05/1979 | Suspended - FTB/SOS | Stock Corporation - CA - General | CALIFORNIA | CHINYUAN PENG |



# Secretary of State
# Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| Entity Name: | SMART-R INC. |
| Entity No.: | 4587083 |
| Registration Date: | 04/24/2020 |
| Entity Type: | Nonprofit Corporation - CA - Public Benefit |
| Formed In: | CALIFORNIA |
| Status: | Active |

The above referenced entity is active on the Secretary of State's records and is authorized to exercise all its powers, rights and privileges in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of August 21, 2023.

SHIRLEY N. WEBER, PH.D.
Secretary of State

Certificate No.: 139324739

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.

BA20231363563



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**RESIGNATION OF AGENT FOR SERVICE OF PROCESS**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

<table>
<tr><td colspan="2">For Office Use Only</td></tr>
<tr><td colspan="2">**-FILED-**</td></tr>
<tr><td colspan="2">File No.: BA20231363563</td></tr>
<tr><td colspan="2">Date Filed: 8/31/2023</td></tr>
</table>

| Entity Details | |
|---|---|
| Entity Name | SMART-R INC. |
| Entity No. | 4587083 |

**Resigning Agent for Service of Process**

| California Registered Corporate Agent (1505) | LEGALZOOM.COM, INC. |
|---|---|
| | Registered Corporate 1505 Agent |

☒  I confirm that I am an authorized representative of the Agent for Service of Process for the above listed entity.

**Statement of Resignation**

The undersigned hereby resigns as agent upon whom process may be served in California for the above named entity.

**Electronic Signature**

☒  I declare I am the person who signed this document, which execution is my act and deed.

*Cheyenne Moseley*                                          *08/31/2023*

Signature of Authorized Representative of Resigning Agent for Service of Process          Date

B2075-2090  08/31/2023  2:29 AM Received by California Secretary of State

4587083

# ARTICLES OF INCORPORATION

## OF

## SMART-R Inc.

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

APR 24 2020

### I.

The name of the corporation shall be SMART-R Inc.

### II.

The place in this state where the principal office of the Corporation is to be located is 1355 Delaware St #106, Huntington Beach, California 92648.

### III.

Said corporation is organized exclusively for charitable purposes, including for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

This corporation is a nonprofit PUBLIC BENEFIT CORPORATION and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for public and charitable purposes.

The specific purpose of this corporation is to Will provide services to those in substance-abuse recovery. Will provide services to men that struggle with domestic violence and eventually provide programming for women. Will provide intensive outpatient services for individuals seeking recovery education for after care in transition to sober living and beyond.

### IV.

The name in the State of California of this corporation's initial agent for service of process is:

LegalZoom.com, Inc.

4587083

## V.

No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article III hereof.  No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office.  Notwithstanding any other provisions of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation except from federal income tax under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of future federal tax code, or (b) by a corporation,(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

## VI.

Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose.  Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

**IN WITNESS WHEREOF,** the undersigned incorporator has executed these Articles of Incorporation on the date below.

Date: 4/22/2020

**LegalZoom.com, Inc., Incorporator**

By:  Cheyenne Moseley, Assistant Secretary



## History

### Agent Resignation — *8/31/2023*

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| Agent Resignation | Standing – Agent | Good | Not Good |
| Control ID BA20231363563 | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| Date 8/31/2023 | | | |
| Image Download ⟳ Download | | | |

### System Amendment - Penalty Certification - SI — *7/27/2021*

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| System Amendment - Penalty Certification - SI | Legacy Comment | SOS Certification | |
| Control ID LBA19416301 | | | |
| Date 7/27/2021 | | | |

### System Amendment - SI Delinquency for the year of 0 — *12/29/2020*

Amendment Type
System Amendment - SI Delinquency for the year of 0

Control ID
LBA19416300

Date
12/29/2020

### Initial Filing — *4/24/2020*

Amendment Type
Initial Filing

Control ID
4587083

---

**R INC. (4587083)**

Request Certificate

| | |
|---|---|
| ...ling Date | 04/24/2020 |
| Status | Active |
| ...ng - SOS | Good |
| ...ng - FTB | Good |
| ...g - Agent | Not Good |
| ...g - VCFCF | Good |
| ...ormed In | CALIFORNIA |
| ...ntity Type | Nonprofit Corporation - CA - Public Benefit |
| ...l Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| ...s Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| ...ement of ...n Due Date | 06/30/2020 |
| ...Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |

...w History    Request Access

*Disclaimer:* Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate

Skip to main content    State



## History

**INC. (4587083)** ✕

Request Certificate

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| **Agent Resignation** | Standing – Agent | Good | Not Good |
| Control ID BA20231363563 | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| Date 8/31/2023 | | | |
| Image Download ⬇ Download | | | |

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| **System Amendment - Penalty Certification - SI** | Legacy Comment | SOS Certification | |
| Control ID LBA19416301 | | | |
| Date 7/27/2021 | | | |

| Amendment Type | | |
|---|---|---|
| **System Amendment - SI Delinquency for the year of 0** | | |
| Control ID LBA19416300 | | |
| Date 12/29/2020 | | |

| Amendment Type | | |
|---|---|---|
| **Initial Filing** | | |
| Control ID 4587083 | | |

| | Date | 04/24/2020 |
|---|---|---|
| ...Status | SOS | Active |
| | FTB | Good |
| | FTB | Good |
| ...gent | | Not Good |
| ...CFCF | | Good |
| ...rned in | | CALIFORNIA |
| ...ity Type | | Nonprofit Corporation - CA - Public Benefit |
| ...ress | | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| ...ress | | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| ...ment of ...ss Date | | 06/30/2020 |
| ...gent | | Individual NO AGENT AGENT RESIGNED OR INVALID |

Request Access

| | | | | | |
|---|---|---|---|---|---|
| (1982852) | | | - FTB/SOS | | |
| **SMARTRADIO NETWORK CORPORATION (1926075)** ❯ | 01/17/1995 | Suspended - FTB | Stock Corporation - CA - General | CALIFORNIA | GORDON KAISER |
| **SmartRainbow LLC (202250711849)** ❯ | 05/11/2022 | Active | Limited Liability Company - CA | CALIFORNIA | Hui Li |
| **SMARTRAISER, INC. (3733612)** ❯ | 12/18/2014 | Terminated | Stock Corporation - CA - General | CALIFORNIA | MICHAEL BALDUCCI |
| **SMARTRAK USA INC. (4279196)** ❯ | 05/20/2019 | Active | Stock Corporation | DELAWARE | C T CORPORATION |

Skip to main content    State



# History

| Amendment Type **Agent Resignation** | Field Name | Changed From | Changed To |
|---|---|---|---|
| | Standing – Agent | Good | Not Good |
| Control ID BA20231363563 | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| Date 8/31/2023 | | | |
| Image Download ⬇ Download | | | |

| Amendment Type **System Amendment - Penalty Certification - SI** | Field Name | Changed From | Changed To |
|---|---|---|---|
| | Legacy Comment | SOS Certification | |
| Control ID LBA19416301 | | | |
| Date 7/27/2021 | | | |

| Amendment Type **System Amendment - SI Delinquency for the year of 0** |
|---|
| Control ID LBA19416300 |
| Date 12/29/2020 |

| Amendment Type **Initial Filing** |
|---|
| Control ID 4587083 |

---

R INC. (4587083)

| | |
|---|---|
| ...ling Date | 04/24/2020 |
| ...Status | Active |
| ... - SOS | Good |
| ... - FTB | Good |
| ...ing - Agent | Not Good |
| ... - VCFCF | Good |
| ...formed In | CALIFORNIA |
| ...tity Type | Nonprofit Corporation - CA - Public Benefit |
| ...al Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| ... Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| ...ement of ...Due Date | 06/30/2020 |
| ...Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |

Request Certificate

...w History    Request Access

| SMARTRECEIPT, INC. (2656828) › | 06/14/2004 | Terminated | - Out of State - Stock | DELAWARE | STEPHEN MORRISON |
|---|---|---|---|---|---|
| SMARTRECRUITERS, INC. (3377041) › | 03/01/2011 | Active | Stock Corporation - Out of State - Stock | DELAWARE | JEREMY JOHNSON |
| SMARTREFERRAL.COM, LLC (200034410083) › | 12/01/2000 | Terminated | Limited Liability Company - CA | CALIFORNIA | WILLIAM C. JONES |
| SMART-REG INTERNATIONAL, INC. (2274095) › | 08/15/2001 | Active | Stock Corporation - CA - | CALIFORNIA | ARNIE ROBERTS |

State



## History

INC. (4587083)

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| Agent Resignation | Standing – Agent | Good | Not Good |
| Control ID BA20231363563 | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| Date 8/31/2023 | | | |
| Image Download ⬇ Download | | | |

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| System Amendment - Penalty Certification - SI | Legacy Comment | SOS Certification | |
| Control ID LBA19416301 | | | |
| Date 7/27/2021 | | | |

| Amendment Type | |
|---|---|
| System Amendment - SI Delinquency for the year of 0 | |
| Control ID LBA19416300 | |
| Date 12/29/2020 | |

| Amendment Type | |
|---|---|
| Initial Filing | |
| Control ID 4587083 | |

Request Certificate

...ling Date    04/24/2020
...Status - SOS    Active
...- FTB    Good
...ling - FTB    Good
...ing - Agent    Not Good
...- VCFCF    Good
...formed In    CALIFORNIA
...ntity Type    Nonprofit Corporation - CA - Public Benefit
...l Address    1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648
...Address    1355 DELAWARE ST #106 HUNTINGTON BEACH, CA92648
...ment of ...Due Date    06/30/2020
...Agent    Individual NO AGENT AGENT RESIGNED OR INVALID

View History    Request Access

| | | | | | |
|---|---|---|---|---|---|
| SMARTRISE INVESTMENTS LLC (201604110248) › | 02/04/2016 | Active | Limited Liability Company - CA | CALIFORNIA | Karen E Jung |
| SMARTRISK LLC (200829810158) › | 10/22/2008 | Terminated | Limited Liability Company - CA | CALIFORNIA | TIMOTHY J CORBETT |
| SmartRisk.ai LLC (202250412819) › | 04/25/2022 | Active | Limited Liability Company - Out of State | DELAWARE | Brian S Cohen |
| SMARTRIVERSIDE (2184048) › | 11/22/1999 | Active | Nonprofit Corporation | CALIFORNIA | MARIA RUSSEY |

Skip to main content    State



## History

### R INC. (4587083)

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| Agent Resignation | Standing – Agent | Good | Not Good |
| Control ID BA20231363563 | CRA Changed | LEGALZOOM.COM, INC. 101 N BRAND BLVD., 11TH FLOOR GLENDALE, CA 91203 | NO AGENT AGENT RESIGNED OR INVALID , |
| Date 8/31/2023 | | | |
| Image Download ⬇ Download | | | |

| Amendment Type | Field Name | Changed From | Changed To |
|---|---|---|---|
| System Amendment - Penalty Certification - SI | Legacy Comment | SOS Certification | |
| Control ID LBA19416301 | | | |
| Date 7/27/2021 | | | |

| Amendment Type | | |
|---|---|---|
| System Amendment - SI Delinquency for the year of 0 | | |
| Control ID LBA19416300 | | |
| Date 12/29/2020 | | |

| Amendment Type | | |
|---|---|---|
| Initial Filing | | |
| Control ID 4587083 | | |

Request Certificate

| ...ling Date | 04/24/2020 |
|---|---|
| ...Status | Active |
| ...ng - SOS | Good |
| ...ng - FTB | Good |
| ...ng - Agent | Not Good |
| ...ng - VCFCF | Good |
| ...ormed In | CALIFORNIA |
| ...tity Type | Nonprofit Corporation - CA - Public Benefit |
| ...al Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH, CA 92648 |
| ...Address | 1355 DELAWARE ST #106 HUNTINGTON BEACH,CA92648 |
| ...ment of ...ur Date | 06/30/2020 |
| ...Agent | Individual NO AGENT AGENT RESIGNED OR INVALID |

...w History    Request Access

| SMARTRUN TECHNOLOGIES INC. (4647010) | 09/29/2020 | Active | Stock Corporation - CA - General | CALIFORNIA | VIGNESH PRABHU RAJASEKARAN |
|---|---|---|---|---|---|
| SMARTRUNK SYSTEMS, INC. (915216) | 04/05/1979 | Suspended - FTB/SOS | Stock Corporation - CA - General | CALIFORNIA | CHINYUAN PENG |

## Victim Restitution Claim

Please submit before Court Date: _____

☐ Defendant has been convicted / pled guilty          ☑ Case is still pending

Defendant's Name: Cynthia Chdester          Case Number #: 20WM08384

Please SIGN and return completed form to:

☐ Orange County District Attorney's Office, West Justice Center          ☐ Victim/Witness Office, West Justice Center
8141 13th Street, Westminster, CA 92683          8141 13th Street, Westminster, CA 92683
(714) 896-7621 (Phone)          (714) 896-7188 (Phone)
(714) 896-7236 (FAX)          (714) 896-7526 (FAX)

Please check appropriate box(es). Please remember to SIGN document, regardless of request.

☐ I did not sustain a loss.          ☑ I did sustain a loss.          ☐ Please do not collect restitution on my behalf.

### 1. Description of Loss:

Attach copies of bills, receipts or estimates to support your claim. Do not include items which have been returned unless they were damaged.

Check box if item is covered by insurance.

| | | |
|---|---|---|
| ☑ 22hr @ $350.00 per hr. (Time spent filing for Arrest, RO and Criminal Prosecution) | $ | 7700.00 |
| ☑ Thumb Drive for Evidence | $ | 69.96 |
| ☑ Security Company Bill to Recover Evidence | $ | 375.00 |
| ☐ | $ | |
| ☐ | $ | |
| ☐ | $ | |

(Attach additional pages if necessary)

TOTAL: $ 8144.95

### 2. Insurance Information:

Insurance Company: N/A          Phone Number #: N/A

Agent's Name: N/A          Claim Number #: N/A

Address: N/A

Amount of Claim presented to Insurance Company          $ N/A

Deductible (if any)          $ N/A

Amount of Claim Paid          $ N/A

Claim still pending? ☐ Yes  ☐ No          I will proceed civilly. ☐ Yes  ☐ No

### 3. Restitution to be sent to:

Name: Jeff Thompson          Phone Number #: 949-212-1389

Address: 1355 Delaware St. #106 Hutington Beach, Ca. 92648

I certify that this information is true and correct to the best of my knowledge.

Signed: Electronic Submission          Date: 9/2/2020

Operating a drug rehab and alcohol facility in Orange County, California, involves various legal and regulatory requirements. Keep in mind that regulations can change over time, so it's essential to consult with legal professionals and local authorities to ensure compliance with current laws and regulations. Here are some general steps and requirements to consider:

1. Licensing and Certification:
   - Obtain the necessary licenses and permits to operate a rehabilitation facility. Regulations may vary depending on the type and size of the facility.
2. Location:
   - Ensure that the location of your facility complies with local zoning regulations. Check with the local planning department to determine if your intended location is suitable for a rehab facility.
3. Accreditation:
   - Seek accreditation from relevant organizations, such as the Commission on Accreditation of Rehabilitation Facilities (CARF) or the Joint Commission. Accreditation can enhance your facility's credibility and eligibility for insurance reimbursements.
4. Staffing and Credentials:
   - Employ qualified and licensed staff, including medical professionals, counselors, and therapists, depending on the services you intend to provide.
   - Ensure that staff members have the necessary certifications and licenses to work in addiction treatment.
5. Treatment Programs:
   - Develop evidence-based treatment programs for drug and alcohol addiction, tailored to the specific needs of your clients.
   - Comply with state regulations regarding the types of treatments and therapies you can offer.
6. Facility Requirements:
   - Ensure that your facility meets specific health and safety standards, including building codes, fire safety regulations, and accessibility requirements.
   - Maintain appropriate accommodations for clients, including sleeping quarters, dining areas, and recreational spaces.
7. Insurance and Liability:
   - Obtain liability insurance and any other required insurance coverage.
   - Understand the legal liabilities associated with operating a rehabilitation facility and take necessary precautions.
8. Legal Compliance:
   - Familiarize yourself with federal and state laws related to healthcare, patient confidentiality (HIPAA), and substance abuse treatment (such as the federal Drug Addiction Treatment Act of 2000).
   - Implement policies and procedures to comply with these laws.
9. Financial Planning:
   - Develop a comprehensive business plan and financial model for your facility, including budgeting for staff salaries, facility maintenance, and operational expenses.

- Explore funding options, such as grants, private investments, or insurance reimbursements.

10. Marketing and Outreach:
- Develop a marketing and outreach strategy to attract clients and referral sources.
- Ensure that your marketing materials comply with advertising regulations for healthcare facilities.

11. Ongoing Training and Quality Assurance:
- Provide ongoing training for staff to stay up-to-date with the latest developments in addiction treatment.
- Establish a quality assurance program to monitor and improve the effectiveness of your services.

12. Reporting and Documentation:
- Maintain accurate and confidential client records.
- Comply with state reporting requirements for treatment facilities.

It's crucial to consult with an attorney or legal advisor who specializes in healthcare law and addiction treatment to navigate the complex regulatory landscape in Orange County, California. Additionally, consider contacting relevant state agencies, such as the California Department of Health Care Services (DHCS), for specific guidance and requirements.



**HUGH NGUYEN**

CLERK-RECORDER

PROPERTY RECORDS
BIRTH AND DEATH RECORDS
MARRIAGE LICENSES/RECORDS
PASSPORTS
FICTITIOUS BUSINESS NAMES
NOTARY REGISTRATION
ORANGE COUNTY ARCHIVES

## Clerk-Recorder Certificate of Non-Filing

### Fictitious Business Name Statement

I, Hugh Nguyen, County Clerk-Recorder for the State of California for the County of Orange, among whose official duties is the keeping of a record of Fictitious Business Name Statements for the County of Orange, do hereby certify that after a diligent search of the index of Fictitious Business Names, **I do not find a Fictitious Business Name Statement** in Orange County for:

### FBN/Registered Owner Name/Etc: JEFF THOMPSON

#### SMART-R INC

The index searched covers the period from the first effective date of 05/15/2013.
to the current date of **05/15/2023**

(Purple Seal)

In witness whereof, I have hereunto set my hand
and affixed the seal of said County Clerk-Recorder
of the County of Orange, State of California

This date: 05/15/2023
Hugh Nguyen, County Clerk-Recorder

ESMERALDA PARRA, Deputy Clerk-Recorder



NORTH COUNTY BRANCH OFFICE
WELLS FARGO BUILDING
222 S. HARBOR BLVD., STE 110
ANAHEIM, CALIFORNIA 92805

ORANGE COUNTY
COUNTY ADMINISTRATION SOUTH
601 N. ROSS STREET
SANTA ANA, CALIFORNIA 92701

OLD ORANGE COUNTY
COURTHOUSE
211 W. SANTA ANA BLVD. ROOM 201
SANTA ANA, CALIFORNIA 92701

SOUTH COUNTY BRANCH OFFICE
LAGUNA HILLS CIVIC CENTER
24031 EL TORO ROAD, SUITE 150
LAGUNA HILLS, CALIFORNIA 92653

(714) 834-2500 • FAX (714) 834-2675 • WWW.OCRECORDER.COM • WWW.OCARCHIVES.COM

O.C. CLERK RECORDER
601 N. ROSS ST.
SANTA ANA, CA 92701

05/15/2023                10:10:02
DEBIT CARD

DEBIT SALE

Card #              XX-XXXX-XXXX-6046
Network:                   INTERLINK
Chip Card:                  US DEBIT
AID:              A0000000980840
SEQ #:                             2
Batch #:                         787
INVOICE                            2
CLERK                          0470
Approval Code:              001560
Entry Method:            Contactless
Mode:          Issuer - PIN Verified

## SALE AMOUNT              $11.00

CUSTOMER COPY

---

Hugh Nguyen
Orange County Clerk-Recorder
601 N. Ross Street
Santa Ana, CA 92701

County

Finalization: 20230000131062
5/15/23 10:03 am
470 82A

| Item | Title | Count |
|------|-------|-------|
| 1 | S01 | 1 |

Srch Fee - Fict./Notary/Files
Document ID                      Amount

DOC#                               7.00
Time Recorded 10:03 am

| 2 | S20 | 2 |

Srch Fee - Fict./Cert.
Document ID                      Amount

DOC#                               4.00
Time Recorded 10:03 am

---

Total                            11.00

Payment Type                     Amount

Credit Card tendered             11.00
# 001560

Amount Due                        0.00

THANK YOU
PLEASE RETAIN THIS RECEIPT
FOR YOUR RECORDS
www.ocrecorder.com

