UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SABRINA CHIDESTER,<br>Plaintiff,<br>v.<br>CITY OF HUNTINGTON BEACH, et al.,<br>Defendants. | Case No. 8:25-CV-00343-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 82). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 87) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. **Defendant Jeff Thompson's motion to dismiss (Dkt. 68) is GRANTED.**
2. All federal claims against Thompson in the Second Amended Complaint are dismissed with prejudice.
3. All state claims against Thompson in the SAC are dismissed without

prejudice but without leave to amend.

4. **Plaintiff's motion to file a Third Amended Complaint ("TAC") against Thompson (Dkt. 80) is denied.**

With that, **the City of Huntington Beach ("City") is the sole remaining defendant.** The Magistrate Judge will set a separate briefing schedule for Plaintiff's motion to file the proposed TAC (Dkt. 80-1) against the City.

It is so ordered.

DATE: August 11, 2026

Valerie Baker Fairbank

The Honorable Valerie Baker Fairbank
Senior United States District Judge