UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA SABRINA CHIDESTER,
Plaintiff,
v.
CITY OF HUNTINGTON BEACH, et al.,
Defendants.

Case No. 8:25-cv-00343-VBF-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 93). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 95) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

//

//

IT IS THEREFORE ORDERED that Plaintiff's motion to amend (Dkt. 80) is denied.

DATED: October 30, 2026

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE